## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| PRESIDENT DONALD J. TRUMP, U.S. DEPARTMENT OF COMMERCE, HOWARD LUTNICK, *in his official capacity as Secretary Of Commerce*, NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION, ARIELLE ROTH, *in her official capacity as Assistant Secretary Of Commerce For Communications And Information*, NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, CRAIG BURKHARDT, *in his official capacity as Acting Director of National Institute Of Standards And Technology*, OFFICE OF MANAGEMENT AND BUDGET, RUSSELL VOUGHT, *in his official capacity as Director of Office Of Management And Budget*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| | ) |
| Defendant. | ) |

Case no. 1:25-cv-3606

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2, Plaintiff moves for the admission and appearance of

attorney Warrington S. Parker III pro hac vice in the above-entitled action. This motion is

supported by the Declaration of Warrington S. Parker III, filed herewith as Exhibit "A" as well

as a certificate of good standing filed herewith as Exhibit "B".   As set forth in Mr. Warrington's declaration, he is admitted and an active member in good standing in the following courts, (United States Courts of Appeal for the Third, Seventh and Ninth Circuits, and the United States District Courts for the Central, Eastern, Northern and Southern Districts of California) and bars of the State of California (Bar # 148003) as well as the bar of the Supreme Court of the United States.

This motion is supported and signed by Keith Harrison, Esquire, an active and sponsoring member of the Bar of this Court.

Respectfully submitted.

**Crowell & Moring LLP**

**Dated: October 7, 2025**

BY:_____*/s/ Keith Harrison.*_____
          Keith Harrison
          Attorney I.D. No. 416755
          1001 Pennsylvania Ave NW
          Washington, DC 20004
          Phone: (202) 624-2599
          kharrison@crowell.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

National Digital Inclusive Alliance,

_____
Plaintiff(s)

vs.

President Donald J. Trump, et al.

_____
Defendant(s)

)
)
)
)
)
)
)

Case Number:

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Warrington S. Parker III

2. State bar membership number: 148003

3. Business address, telephone and fax numbers:

   3 Embarcadero Cntr, 26 Fl., San Francisco, CA 94111, (415) 986-2800, (415) 986-2827

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Please see Attachment A

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐      No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes ☐     No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? N/A

9. Do you have a pending application for admission into USDC for the District of Columbia? N/A

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

10/7/2025
_____
DATE

_____
SIGNATURE  OF  ATTORNEY

2

ATTACHMENT A

## Permanent Admissions of Warrington S. Parker III

| Name of Court | Admit Date |
| --- | --- |
| Supreme Court of California | October 23, 1990 |
| United States Supreme Court | January 26, 2004 |
| U.S. Court of Appeals for the Third Circuit | April 15, 2025 |
| U.S. Court of Appeals for the Seventh Circuit | April 11, 2025 |
| U.S. Court of Appeals for the Ninth Circuit | December 14, 1992 |
| U.S. District Court for the Eastern District of California | November 27, 2006 |
| U.S. District Court for the Central District of California | March 1, 1991 |
| U.S. District Court for the Southern District of California | February 19, 2009 |
| U.S. District Court for the Northern District of California | June 29, 2001 |

# EXHIBIT B



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *WARRINGTON SAMUEL PARKER*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that WARRINGTON SAMUEL PARKER, #148003, was on the 23rd day of October 1990 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 6th day of October 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
T. Ma, Deputy Clerk