**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-3606-JDB |

## <u>DEFENDANTS' MOTION TO DISMISS</u>

Defendants move to dismiss Plaintiff's Complaint, ECF 1, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants submit the attached memorandum in support of their Motion; an appendix containing the text of the Digital Equity Act, 47 U.S.C. §§ 1721–26; a set of exhibits; a supporting declaration from undersigned counsel; and a proposed order.

Dated: February 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Winston Shi</u>
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*