**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

NATIONAL DIGITAL INCLUSION ALLIANCE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

Defendants.

---

No. 1:25-cv-3606-JDB

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Dated: _____