**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-3606-JDB |

**EXHIBIT LIST & DECLARATION OF WINSTON SHI**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**I.     Exhibit List**

Defendants respectfully submit the following exhibits to their Motion to Dismiss, which are documents "incorporated into the complaint by reference." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

| Exhibit | Description | Complaint |
|---|---|---|
| A | May 9, 2025 Grant Termination Letter and Cover Email from Olson to Siefer | ¶ 67 |
| B | July 24, 2024 NTIA Competitive Grant Program Notice of Funding Opportunity | ¶ 54 |
| C | September 21, 2024 NDIA Grant Request No. GRN-002150 | ¶ 55 |
| D | January 21, 2025 Award No. 39-32-DC150 (Form CD-450 and Specific Award Conditions) | ¶ 60 |
| E | April 9, 2025 Email from Sanchez to Siefer Concerning Diversity, Equity, and Inclusion Conferences, Trainings, and/or Professional Development | ¶ 65 |
| F | June 6, 2025 Letter from Siefer to Martinez-Crowe, Olson, and Sanchez Lodging Administrative Appeal | ¶ 69 |
| G | June 10, 2025 Email from Olson to Siefer Denying Administrative Appeal | ¶ 70 |

**II.    Declaration of Winston Shi**

I, Winston Shi, declare as follows:

1.    I am an attorney authorized to practice before this Court. I am currently a Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch. I serve as an attorney of record for Defendants U.S. Department of Commerce; National Telecommunications and Information Administration (NTIA); National Institute of Standards and Technology (NIST); Office of Management and Budget; President Donald J. Trump; Howard Lutnick; Arielle Roth; Craig Burkhardt; and Russell Vought (collectively, Defendants) in this action.

2.    I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration, which are true and correct to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently to such facts under oath.

3.    I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters set forth here because it is part of my responsibilities as an attorney at the Department of Justice to assist with the litigation of this case. I have been involved with and have assisted in the receipt and review of agency records, which are incorporated by reference into the Complaint, ECF 1.

4.    On May 9, 2025, NIST emailed Plaintiff a letter terminating Plaintiff's grant, as discussed in Paragraph 67 of the Complaint. A true and correct copy of this document is attached hereto as **Exhibit A**.

5.    On July 24, 2024, NTIA posted a Notice of Funding Opportunity (NOFO) for the Digital Equity Competitive Grant Program, with the ID number NTIA-DECGP-2024, as discussed in Paragraph 54 of the Complaint. The NOFO is publicly available on the Internet at https://www.ntia.gov/sites/default/files/2024-07/de-competitive-nofo-fy24.pdf. The Department of Justice archived a copy of this web link with the Perma.cc archival platform, available at

https://perma.cc/LGV8-VSLN. A true and correct copy of this document is attached hereto as **Exhibit B**.

6.      On or around September 21, 2024, Plaintiff submitted to NTIA its application for the Digital Equity Competitive Grant Program, with the ID number GRN-002150, as discussed in Paragraph 55 of the Complaint. The Department of Commerce generated a list of Plaintiff's responses to the questions on the grant application. A true and correct copy of this document is attached hereto as **Exhibit C**.

7.      On January 21, 2025, a Department of Commerce Grants Officer executed Plaintiff's Financial Assistance Award Form CD-450, with the ID number 39-32-DC150, as discussed in Paragraph 60 of the Complaint. Attached to this award was a list of "Specific Award Conditions." A true and correct copy of this document is attached hereto as **Exhibit D**.

8.      On April 9, 2025, NTIA sent Plaintiff an email with the subject line "Digital Equity Act of 2021 Grant Programs: Alignment with Executive Order 14151 for Conferences, Trainings, and other Activities," as discussed in Paragraph 65 of the Complaint. A true and correct copy of this document is attached hereto as **Exhibit E**.

9.      On or around June 7, 2025, Plaintiff sent NTIA and NIST a letter dated June 6, 2025 appealing the grant termination described in Exhibit A, as discussed in Paragraph 69 of the Complaint. A true and correct copy of this document is attached hereto as **Exhibit F**.

/ / /

/ / /

/ / /

/ / /

10.    On June 10, 2025, NIST sent Plaintiff an email denying the appeal described in Exhibit F, as discussed in Paragraph 70 of the Complaint. A true and correct copy of this document is attached hereto as **Exhibit G**. I redacted a subsequent email that concerns attorney-client communications within the Department of Commerce.

11.    For courtesy, I have also redacted personally identifying information related to Plaintiff and its personnel.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February 2026, at Washington, District of Columbia.

/s/ *Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*