# Exhibit A

## Shi, Winston G (CIV)

| | |
|---|---|
| **From:** | Olson, Darren R. (Fed) <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN= 35198787704D47CA93EC13F931D888CE-OLSON+2C+ 20DARR@namprd09.prod.outlook.com> |
| **Sent:** | Friday, May 9, 2025 6:05 PM |
| **To:** | ██████████████████ |
| **Subject:** | Termination of NTIA Digital Equity Competitive Grant #39-32-DC150 |
| **Attachments:** | 39-32-DC150_NDIA.pdf |

Dear Angela Siefer:

The attached letter provides official notice of termination of the subject award. The subject award is terminated in accordance with 2 CFR § 200.340(a)(4), effective on May 9, 2025. Your organization will be notified separately by the NIST Grants Closeout Officer concerning close-out instructions for this award.

If you have any additional questions, please contact digitalequity@ntia.gov.

Regards,

Darren Olson
Team Lead/Grants Officer, Team D (NTIA Programs)
Financial Assistance Agreements Management Office (FAAMO)
Boulder, CO
Cell: (720) 693-0465



*In an effort to evaluate customer satisfaction, the DOC/OAAM would appreciate your taking a few moments to complete our **Client Survey** by clicking on the link below. Your time and effort in providing this valuable feedback pertaining to the services you received is greatly appreciated.*

TAKE SURVEY



UNITED STATES DEPARTMENT OF COMMERCE
National Institute of Standards and Technology
Gaithersburg, Maryland 20899

May 9, 2025

Angela Siefer

████████████████████████████████

████████████████

██████████████████

██████████████████

Re: NTIA Award Number 39-32-DC150: Digital Equity Competitive Grant

Dear Angela Siefer:

The purpose of this letter is to notify you that the U.S. Department of Commerce will cease funding for Award Number 39-32-DC150, through the National Telecommunications and Information Administration (NTIA). As the President determined and as Secretary Lutnick agreed, the Digital Equity Competitive Grant Program, 47 U.S.C. § 1723, is unconstitutional and grants issued pursuant to it were created with, and administered using, impermissible and unconstitutional racial preferences. Furthermore, Section 200.340 of the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (2 C.F.R. Part 200), which provides that "[t]he Federal award may be terminated . . . [b]y the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or priorities."

To this end, and as provided above, your award is hereby terminated effective May 9, 2025; therefore, should you decide to continue project activities beyond May 9, 2025, you do so at your own risk and will not be reimbursed for any project costs incurred after that date. You will be notified in writing concerning close-out instructions for this award. This decision is final and there is no right of administrative appeal.

Your organization will be notified in writing by the NIST Grants Closeout Officer concerning close-out instructions for this award. If you have any additional questions, please contact digitalequity@ntia.gov.

Sincerely,

Darren Olson, Grants Management Officer

National Institute of Standards and Technology (NIST)