# Exhibit C

| Grant Request Number | GRN-002150 |
|---|---|
| Funding Program Name | Digital Equity Competitive Grant Program (2024) |
| Funding Request Name | NATIONAL DIGITAL INCLUSION ALLIANCE-DE Competitive 2024-Competitive Application |
| Applying Organization | NATIONAL DIGITAL INCLUSION ALLIANCE |
| Applicant Name | Angela Siefer |

**1.1.2**
Are your representations and certifications to receive Federal Financial Assistance funds in compliance and up to date?

Yes
————

**1.2.1 Applicant Entity Type**
Which of the following entity types are you? By selecting one of the entity types below, you are certifying that you are eligible to apply for grants under this Program, as described in Section III.A of the NOFO, and that you are not serving, and have not served, as the administering entity for a State under 47 U.S.C. §1724(b). If you are applying on behalf of a partnership, select which of the categories (1) - (7) apply to you, and fill out the partnership information below.

(3) A foundation, corporation, institution, or association (Note: Must be a not-for-profit entity and not a school)
————

**1.2.2**
Please upload evidence verifying your status as an eligible entity (e.g., Non-profit Disclosures; inclusion in the published list of Indian Entities as recognized by the U.S. Department of the Interior Bureau of Indian Affairs; State Educational/Vocational School License).

NDIA 501c3 Letter-09-17-2024 06-41-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
————

**1.4.1 Partnerships**
Are you applying as a partnership of eligible entities? If yes, note that it is expected that the eligible entity completing this application will serve as the Authorized Representative (i.e., the applicant) for the partnership.

Yes
————

**1.4.2**
Provide a description demonstrating evidence of the Authorized Representative's experience managing similar partnerships or coalitions and the plans the partnership has in place to ensure ongoing collaboration. (2500 character limit)

National Digital Inclusion Alliance (NDIA) has extensive experience managing partnerships and coalitions and thus is well suited to manage DN+ partnerships to ensure ongoing collaboration. Founded in 2015, NDIA serves as a unified voice for home broadband access, public broadband access, personal devices, and local technology training and support programs. NDIA has over 1800 affiliates in 50 states, DC, 5 US territories, and 30 Tribal Entities, representing various program types and organizations, mostly CBOs, CAIs, non-profits, local and state governments, and others who operate community-driven digital inclusion programs.   NDIA effectively manages grant-funded initiatives like the National Digital Navigator Corps (NDNC), the New York Digital Inclusion Fund (NYDIF) program, and the Network Effect (NE) program. As the primary grant recipient, NDIA distributes funds to partners, monitors and reports activities, and guides collaboration.   In 2022, NDIA launched NDNC, funded by a $10M Google.org grant, to support 11 rural organizations and seven Tribal organizations in starting and sustaining multi-year digital navigator (DN) programs. NDIA provides guidance, training, technical assistance, and community support for sub-grantees while collecting lessons learned about the digital navigator model in rural and Tribal communities.   NDIA received a $2.6M grant from Schmidt Futures to support the development of the NYDIF, a multi-year grant program to fund digital inclusion coalition building and innovation in New York state. The grant supported technical assistance to three NYDIF cohorts and helped grantees with their digital inclusion programming and coalition development. NDIA also managed the grant application process, monitoring, reporting, and documentation.   NDIA manages the Network Effect partnership, funded by a $2.8M grant from the Ballmer Group. NDIA oversees and administers sub-grants to six national partners to foster collaboration and strengthen digital equity ecosystems, prioritizing local voices and community needs in policy making and program implementation.   NDIA leads ongoing collaborative opportunities and support through a community of practice, specialized groups like the Digital Navigator Working Group, and both online and in-person forums like monthly virtual community calls (average attendance is over 225 people) and NDIA's annual conference, Net Inclusion (over 1300 attendees in 2024).
———

### 1.4.3
Please provide a table that includes:
1. A list of all members of the partnership.
2. Verification that each partner is an Eligible Entity.
3. The category of Eligible Entity of each partner (See, 47 U.S.C. §1724(b)).
4. The scope of work/role of each partner.
5. Whether the partner has applied for funding under any other partnership, and if so, the Authorized Representative for each other partnership.
6. How award funds will be allocated among partners.
7. How the required federal share/matching requirement will be allocated among partners, as applicable.
Complete the Partnership Members Form provided, filling out all fields as applicable, and upload it. This form is included in the DE Competitive Grant Program FY24 Application Files .zip file.

5 - DE Competitive Partnership Members Form_F-09-21-2024 01-14-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.xlsx

———

### 1.4.4
Please upload evidence verifying each partner's status as an eligible entity (e.g., Non-profit Disclosures; inclusion in the published list of Indian Entities as recognized by the U.S. Department of the Interior Bureau of Indian Affairs; State Educational/Vocational School License).

Jewish Family Services 501c3 Eligible Entity -09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Hispanic Community Services 501c3 Eligible En-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Grays Harbor County Eligible Entity Documenta-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Gila River Indian Community Bureau of Indian -09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
DAETC 35 Mile Foundation Eligible Entity Docu-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
CSP of West Alabama 501c3 Determination Lette-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Computers for Children 501c3 Determination Le-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Combined Documents combined-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
City of West Fargo Eligible Entity Documentat-09-17-2024 07-00-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Cherokee Nation Bureau of Indian Affairs Elig-09-17-2024 06-59-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

————

**1.4.5**
Upload a Letter of Commitment ("LOC") from each member of the partnership. Each LOC must be executed by both the Authorized Representative and the partner member, outlining:
1. The role/scope of work of the participating member
2. A commitment from the partner to serve in that role
3. Any funding the partner will receive from the Authorized Representative, either as a subrecipient or otherwise, as applicable
4. A commitment from the Authorized Representative to keep each partner informed of project or activity progress

West Fargo Public Library Letter of Commitmen-09-17-2024 07-29-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Life Skills for Youth Letter of Commitment to-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Kuskokwim Letter of Commitment to DN+-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
JFS Letter of Commitment to DN+-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
El Centro Hispano Letter of Commitment to DN+-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
DCI Letter of Commitment to DN+-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
CSP of West Alabama Letter of Commitment to D-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Combined LOC-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf
Cherokee Nation Letter of Commitment to DN+-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

09-16-24_WSU_Extension_Grays_Harbor_County_Di-09-17-2024 07-15-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

————

### 1.5.1 Native Entities
Are you, or any partner member listed within your application, a Native Entity? (i.e., an Indian Tribe, Alaska Native entity, or Native Hawaiian organization)

Yes

————

### 1.5.2
Provide a Tribal Government Resolution or equivalent formal authorization from the governing body of the Native Entity providing express authority to file an application for Competitive Grant Funds. This resolution is required both when the Native Entity is an applicant and when the Native Entity is a member of a partnership, and is required from each Native Entity participating in the partnership.

Combined - Tribal Resolution -09-21-2024 01-22-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

————

### 1.5.3
Do you seek to qualify for the Native Entity set aside identified in 47 U.S.C. §1724(j)(2)?

No

————

### 1.6.1 Political subdivisions, agencies, or instrumentalities of a State
Are you, or any partner member listed within your application, a political subdivision, agency, or instrumentality of a State?

Yes

————

### 1.6.2
If yes, certify that the applicant shall appropriate or otherwise unconditionally obligate from non-Federal sources the funds necessary to meet the matching requirements outlined in 47 U.S.C. §1724(e). Note that applicants seeking a waiver of the federal share (i.e., matching) requirement may provide a petition to the Assistant Secretary for a waiver of the federal share requirement later in this application.

Yes

————

### 2.1.1 Executive Summary
Provide a description of the overall goals of the grant proposal and the portfolio of activities the grant award would support ("Digital Equity Project") and how the Digital Equity Project will promote the goals of the Digital Equity Act and this Program.
The executive summary should include:
(1) An overview of the goals of the Digital Equity Project;
(2) The specific barriers to digital equity the Digital Equity Project will address;
(3) the Covered Populations to be served including the expected number of individuals to be served within each Covered Population;
(4) The amount of funding to be devoted proportionally to each Covered Population;

(5) A high level overview of the activities and/or interventions proposed, how they will address the barriers to equity identified, and how they will increase internet access and the adoption of broadband among the Covered Populations;

(6) A baseline assessment with supporting data showing a need for these services;

(7) A description of how the Digital Equity Project aligns with, or addresses a gap in, the State Digital Equity Plan of the State or Territory within which it will be implemented;

(8) The timeline on which funds will be expended;

(9) The geographic scope of the project; and

(10) The basis on which the applicant believes the Digital Equity Project will be effective in increasing internet access and adoption of broadband. (7500 character limit)

Please note, NTIA may use all or a portion of the Executive Summary as part of a press release issued by NTIA, or for other public information and outreach purposes. Applicants are advised not to include information that concerns business trade secrets or other confidential commercial or financial information as part of the Executive Summary. See 15 C.F.R. §4.9(b) concerning the designation of business information by the applicant.

The most digitally disconnected populations require professionally trained, trusted guides who can address barriers to digital equity through training and access to technical support.

Digital Navigators (DN) are these trusted guides. They're trained experts who help vulnerable community members get and stay online. Yet, DNs and the digital inclusion field need more robust, standardized resources to serve vulnerable populations who can't effectively use the internet for education, work, healthcare, civic and social engagement, and tech resources.

To lower these barriers to digital equity, The National Digital Inclusion Alliance (NDIA) will implement a multi-faceted Digital Navigator Plus (DN+) Program. NDIA will equip 13 local DN programs in 11 states (Sites) to scale their existing DN programs, expand their expertise to better support clients, and sustain their work beyond the grant's life. NDIA will also implement 10 innovative projects to support the Sites and the growing digital inclusion field.

The DN+ Program goals are:

1) Holistically address all aspects of the digital divide for Covered Populations (CP) in 13 communities by investing in their existing DN programs;

2) Create resources for the Sites and equip the growing digital inclusion field to evolve and scale; and

3) Co-create best practices for sustaining local digital inclusion work with the Sites.

The DN+ Program will serve over 30,000 community members in urban, rural, suburban, and Tribal communities in 11 states across the US. According to the U.S. Census Bureau, 2015-2019 5-Year American Community Survey (ACS) Estimates, 13.9% of individuals living in the Sites' geographic service areas have no computer and/or home broadband subscription compared to 10% of the total US population.

To build expertise in and expand support to CPs in the societal and economic goals the Digital Equity Act (DEA) established, NDIA will develop DN+ positions and each site will house 1-3 DN+ positions to address the meaningful use areas including DN+Health, DN+Work, DN+Education, DN+Civic & Social, and DN+Tech.

The DN+ Program includes 10 innovations to support the Sites and the digital inclusion field. They are:

Sustainable Device Ecosystem Project: As the lack of devices is a primary barrier to digital equity for CPs, this project will equip the Sites in developing sustainable device strategies. This project will provide Sites with training, technical assistance, and one-on-one assistance in connecting to local computer refurbishers and identifying alternatives when needed.

DN+ Data Management System Project: This project will equip the Sites to collect and analyze data for program impact measurement. NDIA will provide Sites with a data and evaluation model, a data platform to collect the data, and training and ongoing technical assistance in using the data platform. NDIA will also make the data platform and guidance publicly available and develop digital equity standards, including standardized data collection fields, methods, and metadata for robust and aligned data collection and evaluation for the digital equity field.

Sustainability Action Plan Project: NDIA will support Sites in developing Sustainability Action Plans to continue their DN+ programming after the grant ends. The plans will include an analysis of activities to strengthen public awareness of their DN program, data collection processes, partnership and fundraising development strategies.

Hotspots Project: To address the primary digital equity barrier of a lack of access to affordable internet, NDIA will partner with 35 Mile Foundation to provide 6500 TMobile unlimited data hotspot accounts, hotspot devices, and training for Sites. Twelve of the 13 Sites will distribute and manage hotspots to their program clients.

Professional Development Project: To ensure program success and sustainability, NDIA will provide significant professional development for all the Sites and support positions at the 13 Sites.

Communities of Practice Project: NDIA will establish and support Communities of Practice (COP) specific to the meaningful use areas elevated in the 13 DN+ Projects to share best practices and build networks supporting clients with advanced technical, health, education, work, and social and civic engagement goals. COPs will support the sustainability of the Sites and work.

DN Resource Hub Project: The Hub will be a vital resource, hosting DN resources such as guides, tools, DN+ job descriptions, data collection guidance, and DN+ tailored resources to address the meaningful use areas for Sites and the DN field.

DN National Council Project: This project will support the 13 DN+ Projects and the DN field by advising NDIA on developing DN standards and aligning DN curricula to them, filling gaps, avoiding duplication, and addressing meaningful use areas to support CPs.

DN+ Dissemination Project: NDIA and the Sites will share lessons learned throughout the grant period. Disseminating real-time lessons learned supports other DN programs and the sustainability of the Sites by increasing knowledge and understanding about DNs within adjacent fields and industries.

DN+ Curriculum Project: By filling curriculum gaps and updating the existing DN Curriculum to include DN+ Positions with training, tools, and resources for supporting clients with goals for health, education, work, and social and civic engagement or need for advanced technical support it also enhances the sustainability of the Sites and the DN field.

NDIA estimates the 13 Sites will serve 30,063 individuals who are members of at least one CP in 11 states over the 4-year grant period. NDIA will allocate the funding proportionally to each CP. NDIA will serve:

$25,625,178 to serve 18,477 individuals who live in covered households

$8,767,304 to serve 6,322 Aging individuals (60+)

$1,859,544 to serve 1,341 Veterans

$7,117,652 to serve 5,132 individuals with disabilities

$14,168,608 to serve 10,216 individuals with a language barrier, including individuals who are English learners and have low levels of literacy

$27,579,031 to serve 19,886 individuals who are a member of a racial or ethnic minority group

$22,029,024 to serve 15,884 individuals who primarily reside in a rural area

NDIA will serve an additional, yet unknown, number of CPs through the public availability of the DN Resource Hub, the DN National Council, the DN+ Dissemination, and the DN+ Curriculum projects.

The total project budget is $41,694,118.90. NDIA requests $25,766,652.64 in grant funds and will provide a 38% match. Programming expenses will be spent in years 1-4 and evaluation expenses in year 5. See below for a breakdown by year:
Year 1: $7,744,010
Year 2: $9,156,215
Year 3: $10,882,280
Year 4: $12,114,484
Year 5: $1,797,127

The DN+ Program aligns with and addresses gaps in 11 state digital equity plans, focusing on broadband access, device useand digital skilling for societal and economic goals. It will be deployed in Alaska, Alabama, Arkansas, Arizona, Georgia, North Dakota, New York, Ohio, Oklahoma, Oregon, and Washington, with two Tribal partners serving Tribal Nations. The program fills gaps in 5 states without specific DN programming strategies and aligns with the goals of 6 states.
———

### 2.1.2 Total Funding Requested
Please enter the total funding amount requested.

$25,766,652.64
———

### 2.1.3 Barriers to Digital Equity
(Select all that apply) Which of the following barriers to Digital Equity does your project seek to address? Please elaborate in the Executive Summary text above.

(1) The availability of, and affordability of access to, fixed and wireless broadband technology;(2) The online accessibility and inclusivity of public resources and services;(3) Digital literacy;(4) Awareness of, and the use of, measures to secure the online privacy of, and cybersecurity with respect to, an individual;(5) The availability and affordability of consumer devices and technical support for those devices
———

### 2.1.4 Covered Populations Served
(Select all that apply) Which of the following Covered Populations will be served through your project? Please elaborate in the Executive Summary text above.

(1) Individuals who live in covered households (i.e., with an income no more than 150 percent of the federal poverty threshold);(2) Aging individuals;(4) Veterans;(5) Individuals with disabilities;(6) Individuals with a language barrier, including individuals who are English learners and have low levels of literacy;(7) Individuals who are members of a racial or ethnic minority group;(8) Individuals who primarily reside in a rural area
———

### 2.1.5 Geographic Regions Served
Please select the option that best describes the geographic region that served through your project. Please elaborate in the Projects Description Form.

(2) Across Multiple States / Territories / Native Entities

———

### 2.1.6

If selecting Option 2, 3, or 4 - Please select the State(s) and/or Territorie(s) in which your project will take place.

AL;AK;AZ;AR;GA;NY;ND;OH;OK;OR;WA

———

### 2.2.1 Activities and Interventions

Describe each specific implementation activity and/or intervention that will be part of the Digital Equity Project, and which will use Competitive Grant Program funding.
Complete the Project(s) Description Form provided, filling out all fields as applicable, and upload it. This form is included in the DE Competitive Grant Program FY24 Application Files .zip file.

2024.09.01 - NDIA Executive Summary - Competi-12-18-2024 04-05-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.docx

———

### 2.4.1 Project Plan

Provide a project plan describing all major project activities and timelines, including the timing of planning and implementation stages, key milestones and when each major project activity will start and end, and potential risks to the timeline and proposed mitigation strategies.

Project Plan-09-21-2024 01-33-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

———

### 3.1.1 Consolidated Budget Form

Upload the Consolidated Budget Form. All budget amounts must exactly match or reflect across all budget documentation. For example, do not provide estimates or approximate amounts in the Consolidated Budget Form that do not exactly match amounts in the SF-424 and all relevant sections in the application. Download the linked Consolidated Budget Form to fill out and upload it. This form is included in the DE Competitive Grant Program FY24 Application Files .zip file.

4 - DE Competitive Consolidated Budget Form_F-12-06-2024 01-41-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.xlsm

———

### 3.2.1 Negotiated Indirect Cost Rate Agreement (NICRA)

Are indirect costs included in the proposed budget?

Yes

———

### 3.2.2

Was an indirect cost rate established by a cognizant agency?

No

———

### 3.2.4

If No (i.e., the rate was not established by a cognizant agency), provide a statement to this effect.
Note that if the successful applicant includes indirect costs in the budget and has not established an indirect cost rate with a cognizant federal audit agency, the applicant will be required to obtain such a

rate in accordance with Section B.06 of the Department of Commerce Financial Assistance Standard Terms and Conditions Dated November 12, 2020.

Alternatively, consistent with 2 C.F.R. § 200.414(f), applicants that do not have a current negotiated indirect cost rate may elect to charge indirect costs to an award pursuant to a de minimis rate, in which case a negotiated indirect cost rate agreement is not required. Applicants proposing a de minimis rate pursuant to 2 C.F.R. § 200.414(f) should note this election as part of the budget portion of the application. (2500 character limit)

NDIA's indirect cost of 15% was not established by a cognizant agency but falls within the de minimis rate. The indirect cost base is the sum of all salaries and fringe benefits, travel, and contractors, and $50K from each of the 13 sub-awards. The indirect costs are 100% administrative costs and will be subject to the administrative cost cap.

———

### 3.3.1 Administrative Costs Cap Certification

Please certify your acknowledgment of the statutory limit on administrative costs (capped at 10% of the grant amount) and certify that your combined direct and indirect administrative costs are at or under the 10% statutory limit.

Yes

———

### 3.4.1 Justification for Funding Amount Requested

Are you are seeking funding outside of the $5,000,000 to $12,000,000 award range?

Yes

———

### 3.4.2

If yes, provide a justification for deviating from this range (e.g., the need to serve a smaller community in a remote area that would otherwise not have access to funds). Note that U.S. Territories are not subject to this requirement due to the size of those awards. (2500 character limit)

NDIA will partner with 13 DN+ Sites in urban, rural, and Tribal communities facing significant barriers to digital inclusion. Overcoming the many digital equity barriers in these underserved, under-resourced communities and addressing an expensive connectivity solution–due to the Affordable Connectivity Program being sunsetted by Congress–requires an adequate budget to sustain these initiatives and ensure the vitality of DN+. NDIA is justified in going beyond the $12M. The DN+ Program includes 13 Sites that will serve 30,063 clients over the four years of this project. Of the 13 Sites, 10 serve areas where 75-100% of the population are members of one or more Covered Populations. Most of the communities served by the 13 Sites are in low-density, hard-to-serve areas, and only three sites benefit from being located within a robust digital inclusion ecosystem.  These partnerships are critical for those navigating digital inequities across difficult terrain and in less densely populated communities and necessitate substantial funding: Cherokee Nation's Reservation is 7,000+ square miles; WSU Extension, Grays Harbor County, has a population density of 38 people per square mile, according to the 2020 Census; Kuskokwim Consortium Library serves the greater Yukon-Kuskokwim Delta, including the Bethel, Kusilvak, and Yukon-Koyukuk Census Areas in Alaska; Bethel, the hub for the community, is only accessible by water or air and has a population density of 1 person per square mile; Jewish Family Services will serve several counties where the number of people per square mile ranges from 87 to 264 (excluding Franklin and Delaware counties).  The Community Service Programs of West Alabama's service area extends into rural West Alabama, which has historically faced socio-economic difficulties.

El Centro will serve predominantly rural Arkansas counties facing economic challenges which can lead to difficulty accessing resources.   The DN+ Program's full project size is $41,694,118.90, partly due to the hotspot project. Thanks to 35 Mile Foundation, NDIA will provide 12 of the 13 Sites with 6500 hotspot accounts. 35 Mile Foundation is donating the unlimited hotspot service, valued at $60/month per account, at a value of $11,160,000. The total cost of the Hotspot Project is $11,313,003.40.

————

### 4.1.1 Description of Applicant Experience & Capability

Describe the organizational structure of the applicant and evidence of the financial capacity/stability of the organization to implement the proposed project. (2500 character limit)

The National Digital Inclusion Alliance (NDIA) operates with a blend of hierarchical and team-based structures. All team members report to the same director but often collaborate on different teams and projects. This approach ensures consistent support and professional development from directors while promoting adaptability, collaboration, and diverse skill growth among team members. It also enables NDIA to allocate resources efficiently based on project needs.

NDIA follows strict financial management procedures to ensure oversight and stability through multiple checks and balances. The Director of Operations oversees daily bookkeeping and resource allocation, while monthly reconciliations are conducted by an external bookkeeper. Once reconciled, the Director of Operations meets with the Executive and Deputy Directors to verify and approve the financials. These reports and dashboards are then reviewed monthly by the NDIA Finance Committee (a subset of Board members) and quarterly by the Board of Directors. Finally, an external accountant conducts the annual 990 filing and audit. NDIA has successfully passed all audit cycles.

————

### 4.1.2

Describe the implementation team and its experience with the programmatic/technical aspects of project management, including past successes and relevant experience managing similar large programmatic initiatives and a demonstrated ability to manage large federal grant awards effectively. (2500 character limit)

The National Digital Inclusion Alliance (NDIA) implementation team brings a wealth of experience that will ensure the successful implementation, management, and execution of the DN+ Program, an expansion of the current digital navigator (DN) model. With decades of combined expertise and proficiency in project management, multi-million-dollar budget administration, digital inclusion, communications, outreach, partnership development, program operations, research, data, and training, the NDIA implementation team exemplifies the capability to manage sizable federal grant awards effectively.

In Fall 2020, with the support of an IMLS-funded grant, NDIA partnered with the Salt Lake City Public Library (SLCPL) to launch a Digital Navigators pilot project. The team worked collaboratively with the SLCPL to develop several tools for Digital Navigators (DNs) to use as they recorded and addressed the needs of community members in Salt Lake City.

In February 2022, NDIA received a $10 million grant from Google.org to create a National Digital Navigator Corps (NDNC). With this funding, the NDIA team successfully facilitated the advancement of local digital inclusion work and strengthened the DN model in 18 rural and Tribal communities across the United States. Impacting thousands of people, NDIA supported prioritizethe launch of multi-year digital navigator programs in each organization's community – including training, outreach, and data collection – while implementing improvements to the DN model. In addition to owning the

administration of grant funds, the team built the NDNC data platform, provides ongoing support and training to DNs and data managers, and manages data analytics and reporting. NDIA also leads a national DN Working Group, which fosters collaboration, peer exchange, and best practices to support local programming.

NDIA provides programmatic support for the New York Digital Inclusion Fund (NYDIF) program, a multi-year $2.6M grant program funded by Schmidt Futures to support digital inclusion coalition building and innovation in New York state, and the Network Effect (NE) partnership, supported by a $2.8M grant from the Ballmer Group. NDIA enforces agreements and management plans with partners and subgrantees to mitigate risk and ensure accountability for successfully achieving all program deliverables throughout the program period and collaborates to strengthen digital equity ecosystems and prioritizing local voices.

———

### 4.1.3

Describe the applicant's experience with providing services to one or more of the Covered Populations and the extent to which the applicant has facilitated direct support, technical assistance, and capacity building across the Covered Populations. (2500 character limit)

NDIA serves covered populations by creating communities of practice, publishing resources, and providing technical assistance to its network of 1,800+ affiliates, many of whom are deeply embedded in covered populations. To maximize accessibility, resources such as NDIA's Coalition Guidebook, Asset Mapping templates and guidance, and Digital Inclusion Program Manual are published under Creative Commons and are free of charge.

In addition to national-level support, NDIA works on many projects that are explicitly or implicitly designed to serve one or more covered populations, including the National Digital Navigator Corps (NDNC), New York Digital Inclusion Fund (NYDIF), Appalachia Digital Accelerator Program, Honor Roll of Low-Cost Internet Plans and Grading Internet for Good ratings (Honor Roll & GIG), and Easterseals research projects.

The NDNC has established or expanded digital navigator programs in 18 communities across 15 states. Its intended beneficiaries are residents of rural and Tribal communities and low-income households. NDIA supports serving these groups through training, technical assistance on outreach and engagement methods, ACP enrollment, low-cost device identification, data collection and management, digital inclusion resource identification, and more.

Similarly, NDIA supported all 30 NYDIF grantees in serving covered populations with their digital inclusion programming and services through capacity-building support, training, and technical assistance.

Working with Connect Humanity on the Appalachia Digital Accelerator Program, NDIA supports the creation of local digital equity plans in primarily rural communities across 12 Appalachian states by providing remote and on-site training, recommendations on implementation strategies, and review of plan documents.

NDIA's Honor Roll & GIG is an inventory and rating system for low-cost internet plans intended to support practitioners working with covered populations to identify and evaluate available low-cost connectivity options.

NDIA is working with Easterseals on two research projects to support the digital equity needs of people with disabilities. One project analyzed current digital equity programs at Easterseals affiliates and recommended opportunities for scaling across their network. The other seeks to understand the digital equity needs of People of Color with disabilities and make policy and program recommendations to meet those needs equitably.

————

**4.1.4**
Describe the applicant's strategy and experience in managing and fostering collaboration among subrecipients and subcontractors (e.g., conflict management plans, team agreements) (if applicable). (2500 character limit)

NDIA has extensive experience managing and fostering collaborative relationships among subrecipients and subcontractors on multiple projects.

In the National Digital Navigator Corps (NDNC) project, NDIA developed and enforced partnership agreements with 18 organizations and Tribal entities. The agreements include requirements for program performance, fiduciary management of grant funds, and activities each site would undertake. Program managers are responsible for enforcing data-sharing agreements, helping to maintain an atmosphere of collaboration and information sharing.

NDIA intentionally structured the NDNC program to facilitate learning, sharing, and peer-to-peer support for participants. NDIA holds joint and individual cohort meetings of digital navigators (DNs), project managers, and data managers to learn from each other, collaborate, and receive feedback and training from NDIA and other partners on various topics. NDNC sites are also supported by mentors from the NDIA community with digital navigator program management experience. The NDNC sites share and learn through participation in NDIA's monthly Digital Navigator Working Group meetings as well. Peer-to-peer support occurs often through Slack and during cohort meetings. The NDNC sites further develop relationships with each other and the broader digital inclusion community through NDIA's annual conference and pre-conference activities, Tribal Broadband Bootcamps, and other events.

Additionally, NDIA provides similar levels of structure and support for collaboration for the 30 NY Digital Inclusion Fund grantees and with the five partners of the Network Effect project. NDIA enforces agreements and management plans with partners and subgrantees to mitigate risk and ensure accountability for successfully achieving all program deliverables throughout the program period.

————

**4.1.5**
Provide one-page resumes of no more than five key personnel from the applicant (not subrecipients). Note that any information beyond one page for each resume and any additional resumes submitted will not be considered.



———

### 5.1.1 Scenario & Risk Mitigation Plan

Provide scenario and risk mitigation plan describing the steps taken to ensure that any proposed deployment of technology will not have adverse consequences for the Covered Populations (e.g., privacy protections, algorithmic biases, etc.), if applicable. If this requirement is not applicable to the proposed Digital Equity Project, provide an explanation as to why this requirement does not apply to the proposed project(s).

5.1.1 Scenario & Risk Mitigation Plan (1)-09-21-2024 01-38-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

———

### 5.1.2 Data Stewardship Plan

Provide a data stewardship plan including a technology impact assessment demonstrating a plan to ensure that data collection, management, and utilization are conducted ethically, transparently, and with a strong emphasis on safeguarding the rights and privacy of individuals.

5.1.2 Data Stewardship Plan (1)-09-21-2024 01-38-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

———

### 5.2.1 Sustainability

Provide a description of strategies to be undertaken to ensure the project or activity will create a sustainable long-term impact on digital equity and inclusion or will lead to the permanent elimination of a barrier to digital equity.

5.2.1 Sustainability Plan (1)-09-21-2024 01-39-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

———

### 6.1.1 Matching

What percentage of the award will the applicant match?

38

———

### 6.1.3 Source of Matching Funds

Please describe the source of the matching funds and the amount of matching funds to be provided in cash versus in-kind donations. (2500 character limit)

35 Mile Foundation commits: up to 6,500 wireless internet accounts for calendar years 2026-2029 valued at $11,160,000, internet account management training and ongoing support for calendar years 2026-2029 valued at $15,045, and an annual cash contribution of $25,000 for four years, totaling $100,000.

Alliant Credit Union Foundation commits to a monetary grant of $400,000 to be distributed over a four-year period.

The 13 subrecipients of the DN+ Program commit to a total cash match of $428,753 and a total in-kind match of $4,176,179 over the grant period.

———

### 7.1.1 Description of Other Funding
Has the applicant received or applied for funding from other Federal, State, or outside funding sources that will fund the activities or projects to which the application relates, including any funding requests through the Digital Equity Capacity Grant Program; the Broadband Equity, Access, and Deployment Program; the Capital Projects Fund, or the Tribal Broadband Connectivity Program (TBCP)?

Yes

———

### 7.1.2 Description of Other Funding
Describe the source and amount of other Federal, State, or outside funding sources the entity receives, or has applied for, that fund the activities or projects to which the application relates, including any funding requests through the Digital Equity Capacity Grant Program; the Broadband Equity, Access, and Deployment Program; the Capital Projects Fund, or the Tribal Broadband Connectivity Program (TBCP)? (2500 character limit)

The National Digital Inclusion Alliance (NDIA) received a $10,000,000 grant from Google.org Charitable Giving Fund in October 2021, designated as the National Digital Navigator Corps (NDNC). This four-year grant supports digital inclusion efforts in 18 rural and Tribal communities. Five subgrantees in the DN+ Program are also NDIA subgrantees under the NDNC grant. The final year of the NDNC grant will overlap with the DN+ Program for a period of five months, from April - August 2025. These five subgrantees list the overlapping NDNC funds for the first year of the DN+ Program as a matching contribution in their letters of commitment and in the Site Budgets NDIA has on file. The NDNC match amounts for each DN+ subgrantee are as follows: Cherokee Nation: $141,886 WSU Extension, Grays Harbor County: $73,278 Northwestern Ohio Community Action Commission, Inc: $20,000 Digital Connect Initiative, Gila River Telecommunications, Inc.: $33,773 Community Service Programs of West Alabama: $52,787

———

### 8.1.1 Related Outside Funding
Please certify that the applicant is not seeking funding for a project or program that is duplicative of previously awarded Federal or State funding. If NTIA identifies a project or program that is duplicative of prior funding, NTIA may decline funding for those portions of the project that are duplicative. Applicants have an affirmative obligation to disclose duplicative funding for the same project or program whether received before or after the award of a grant under this Program.

Yes

———

### 8.1.2 Unjust Enrichment Certification
Please certify that the receipt of the grant will increase internet access and the adoption of broadband among covered populations to be served by the applicant and not result in the unjust enrichment of the entity.

Yes

———

### 8.1.3 Benefit to Covered Populations Certification

Please certify that the intended beneficiaries of the proposed project(s) are members of one or more of the Covered Populations.

Yes
————

### 8.1.4 Build America Buy America (BABA) Act Certification
Please certify that the applicant, if using Competitive Grant funds for an "infrastructure project" (as defined in 2 C.F.R. 184.3), will abide by the requirements of the Build America Buy America Act (Pub. L. NO. 117-58, §§70901-52) and by the regulations promulgated thereunder at 2 C.F.R. part 184.

Yes
————

### 8.2.1 Assurances
Please attest to the following assurances.
I certify, in accordance with the following assurances required under 47 U.S.C. §1724(e), that I shall:
(1) use any grant funds I am awarded;
(A) in accordance with any applicable statute, regulation, and application procedure; and
(B) to the extent required under applicable law;

Yes
————

### 8.2.2
(2) adopt and use proper methods of administering any grant I am awarded, including by-
(A) enforcing any obligation imposed under law on any agency, institution, organization, or other entity that is responsible for carrying out a program to which the grant relates;
(B) correcting any deficiency in the operation of a program to which the grant relates, as identified through an audit or another monitoring or evaluation procedure; and
(C) adopting written procedures for the receipt and resolution of complaints alleging a violation of law with respect to a program to which the grant relates;

Yes
————

### 8.2.3
(3) cooperate with respect to any evaluation;
(A) of any program that relates to a grant I am awarded; and
(B) that is carried out by or for the Assistant Secretary or another Federal official;

Yes
————

### 8.2.4
(4) use fiscal control and fund accounting procedures that ensure the proper disbursement of, and accounting for, any Federal funds that I am awarded under the Program;

Yes
————

### 8.2.5
(5) submit to the Assistant Secretary any reports that may be necessary to enable the Assistant Secretary to perform the duties of the Assistant Secretary under the Program; and

Yes

————

### 8.2.6

(6) maintain any records and provide any information to the Assistant Secretary, including those records, that the Assistant Secretary determines is necessary to enable the Assistant Secretary to perform the duties of the Assistant Secretary under the Program.

Yes

————

### 8.2.7

Additionally, I attest that I shall follow such additional procedures as the Assistant Secretary may require to ensure that grant funds are used and accounted for in an appropriate manner.

Yes

————

### 10.1.1 CD-511: Certification Regarding Lobbying

Applicants must upload a completed Form CD-511 Certification Regarding Lobbying that certifies that Federal funds have not been used and will not be used for lobbying in connection with this request for Federal financial assistance.
Download the linked CD-511 form to fill out and upload it.

CD511-09-21-2024 02-05-NATIONAL DIGITAL INCLUSION ALLIANCE-GRN-002150.pdf

————

### 10.1.2 SF-LLL: Disclosure of Lobbying Activities

Does the applicant need to disclose lobbying activities that have been secured to influence the outcome of a Federal action?

No

————