# Exhibit D

| FORM CD-450 (REV. 10/18) | U.S. DEPARTMENT OF COMMERCE | X GRANT | COOPERATIVE AGREEMENT |
|---|---|---|---|
| **FINANCIAL ASSISTANCE AWARD** | | **FEDERAL AWARD ID NUMBER** 39-32-DC150 | |
| **RECIPIENT NAME** NATIONAL DIGITAL INCLUSION ALLIANCE | | **PERIOD OF PERFORMANCE** 03/01/2025 - 02/28/2030 | |
| **STREET ADDRESS** ███████ | | **FEDERAL SHARE OF COST** $25,766,652.64 | |
| **CITY, STATE ZIP** ███████ | | **RECIPIENT SHARE OF COST** $15,927,466.26 | |
| **AUTHORITY** 47 U.S.C. 1724 | | **TOTAL ESTIMATED COST** $41,694,118.90 | |

**CFDA NO. AND NAME**

11.036 Digital Equity Competitive Grant Program

**PROJECT TITLE:**

The Digital Navigator Plus (DN+) Program

This Award Document (Form CD-450) signed by the Grants Officer constitutes an obligation of Federal funding. By signing this Form CD-450, the Recipient agrees to comply with the Award provisions checked below and attached. Upon acceptance by the Recipient, the Form CD-450 must be signed by an authorized representative of the Recipient and returned to the Grants Officer. If not signed and returned without modifications by the Recipient within 30 days of receipt, the Grants Officer may unilaterally withdraw this Award offer and de-obligate the funds.

X DEPARTMENT OF COMMERCE FINANCIAL ASSISTANCE GENERAL TERMS AND CONDITIONS

  R & D AWARD

  FEDERAL-WIDE RESEARCH TERMS AND CONDITIONS, AS ADOPTED BY THE DEPT. OF COMMERCE

X SPECIFIC AWARD CONDITIONS

X LINE ITEM BUDGET

X 2 CFR PART 200, UNIFORM ADMINISTRATIVE REQUIREMENTS, COST PRINCIPLES, AND AUDIT REQUIREMENTS, AS ADOPTED PURSUANT TO 2 CFR § 1327.101

  48 CFR PART 31, CONTRACT COST PRINCIPLES AND PROCEDURES

  MULTI-YEAR AWARD. PLEASE SEE THE MULTI-YEAR SPECIFIC AWARD CONDITION.

X OTHER(S): Supplement to SAC #35 Budget Curing Requirements

| SIGNATURE OF DEPARTMENT OF COMMERCE GRANTS OFFICER | DATE |
|---|---|
| MERCEDES MARTINEZ-CROWE  Digitally signed by MERCEDES MARTINEZ-CROWE  Date: 2025.01.21 09:16:14 -05'00' Mercedes Martinez-Crowe | |
| PRINTED NAME, PRINTED TITLE, AND SIGNATURE OF AUTHORIZED RECIPIENT OFFICIAL | DATE |

Award Number: 39-32-DC150, Amendment Number 0

Federal Program Officer: Juan Sanchez

Requisition Number: DEC2150

Employer Identification Number: 822753773

UEI Number: DL6NTDKJA9N8

Recipient ID: 3935278

Requestor ID: 3935278

**Award ACCS Information**

| Bureau | FCFY | Project-Task | Organization | Object Class | Obligation Amount |
|---|---|---|---|---|---|
| 61 | 2025 | 4730700-400 | 07-00-0000-00-00-00-00 | 41-19-00-00 | $25,766,652.64 |

**Award Contact Information**

| Contact Type | Contact Name | Email | Phone |
|---|---|---|---|
| Administrative | Angela Siefer | ███████████████████ | |

**NIST Grants Officer:**
Mercedes Martinez-Crowe
100 Bureau Drive, MS 1650
Gaithersburg, MD 20899-1650
(301) 975-8561

**NIST Grants Specialist:**
Andrea Rodriguez
100 Bureau Drive, MS 1650
Gaithersburg, MD 20899-1650
(301) 975-0000

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

### NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY
### DIGITAL EQUITY COMPETITIVE GRANT PROGRAM
### FINANCIAL ASSISTANCE
### SPECIFIC AWARD CONDITIONS

---

**1.    Introduction:**

The National Institute of Standards and Technology (NIST), servicing for the National Telecommunications and Information Administration (NTIA), hereby enters into this Grant, number 39-32-DC150 with National Digital Inclusion Alliance to support the work described in the proposal entitled "The Digital Navigator Plus (DN+) Program" dated September 21, 2024 and any revisions received during the application review, which is hereby incorporated into this award by reference. Where the terms of this award and the proposal differ, the terms of this award shall prevail.

**2.    Recipient Contact Information:**

**Technical/Administrative:**
Angela Siefer
Executive Director
National Digital Inclusion Alliance



**3.    NTIA Contact Information:**

**Federal Program Officer:**
Juan Sanchez
National Telecommunications and Information Administration
1401 Constitution Avenue, NW
Washington, DC  20230
Email: jsanchez@ntia.gov

**4.    NIST Award Contact Information:**

**Grants Officer:**
Mercedes Martinez-Crowe
National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 1650
Gaithersburg, MD 20899-1650
Email: mercedes.martinez-crowe@nist.gov

**Grants Specialist:**
Andrea Rodriguez
National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 1650
Gaithersburg, MD 20899-1650

1

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance
      Email: andrea.rodriguez@nist.gov

5.      **Award Payments:**

This award is hereby funded through advanced payments using the Department of Treasury's Automated Standard Application for Payments (ASAP) system. Payments will be issued in accordance with 2 CFR § 200.305 and the Department of Commerce Financial Assistance General Terms and Conditions, B.02, dated October 1, 2024.

Payments for allowable costs may be drawn down as needed by the Recipient enrolled in ASAP. Funds may be requested through ASAP by the authorized *Payment Requestor* who is the individual designated by the Recipient to access Federal funds.

     _____ None
     _____ Agency Review required for all withdrawals (see explanation below)
     _____ Agency Review required for all withdrawal requests over $_____
     __X__ Maximum Draw Amount controls (see explanation below)
          $_____ each month
          $_____ each quarter
          $0.00 Max drawdown amount

**<u>Explanation:</u>**
**Budget Curing**
The recipient has requested $21,161,292.87 in funding in the Personnel, Equipment, Contractual/Subawards and Indirect Cost cost categories which do not include sufficient details or require clarification for NIST to assess cost allowability. The funding amount is hereby withheld until the terms identified in Specific Award Condition #35 Budget Curing Requirements, are satisfied.

**Financial Viability Concern**
During the pre-award review of the Recipient's application, the NIST Financial Assistance Agreements Management Office was unable to review the non-Federal entity's audited financial statement or Single Audit Report. As a result, the National Digital Inclusion Alliance has been identified as a potential risk for financial viability based on a pre-award assessment. The entire federal amount of $25,766,652.64 is hereby withheld until the terms in Specific Award Condition #37 Audit Report Submission, are satisfied.

6.      **Return Payments for Funds Withdrawn through ASAP:**

Funds that have been withdrawn through ASAP may be returned to ASAP via the Automated Clearing House (ACH) or via FEDWIRE. The ACH or FEDWIRE transaction may only be completed by the Recipient's financial institution. Full or partial amounts of payments received by a Payment Requestor/Recipient Organization may be returned to ASAP. All funds returned to the ASAP system will be credited to the ASAP Suspense Account. The Suspense Account allows the Regional Financial Center to monitor returned items and ensure that funds are properly credited to the correct ASAP account. Returned funds that cannot be identified and classified to an ASAP account will be dishonored and returned to the originating depositary financial institution (ODFI). The

2

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

Payment Requestor/Recipient Organization should notify the NIST Grants Office and provide a reason whenever return payments are made.

It is essential that the Payment Requestor/Recipient Organization provide its financial institution with ASAP account information (ALC, Recipient ID and Account ID) to which the return is to be credited. Additional detailed information is accessible at: https://www.fiscal.treasury.gov/asap/.

7.    **Indirect Cost Rate for Federal Award:**

Additional budgetary information is requested in Specific Award Condition (SAC) #35 Budget Curing Requirements. Approved indirect costs will be specified upon satisfaction of the SAC.

8.    **Duplication of Funding**

The State Digital Equity Capacity Grant Program is ongoing and NTIA will take steps to help ensure that funding under the Digital Equity Competitive Program does not duplicate or overlap with programs initiated under the Capacity Grant Program. As specified in Section IV.B.(15) & (16) of the NOFO, recipients must provide to NTIA as part of its application a detailed disclosure of the source and amount of other Federal, State, or outside funding sources the Recipient receives, or has applied for, that fund the activities or projects to which the application relates, as well as a certification that the Recipient is not seeking funding for a project or program that is duplicative of previously awarded Federal or State funding. Recipients have an affirmative obligation to disclose duplicative funding for the same project or program whether received before or after the award of a grant under the Digital Equity Competitive Program. If NTIA identifies a project or program that is duplicative of prior funding, NTIA may decline funding and/or clawback funds for those portions of the project that are duplicative. The Recipient may wish to coordinate with NTIA to rescope or descope the proposed project to avoid duplicative efforts.

9.    **Period of Performance and Funding Limitations:**

This award's period of performance includes a four-year period to carry out grant activities and an additional one year to carry out measurement and evaluation activities. Only funds associated with grant measurement and evaluation activities may be expended during the award's final year of performance.

Because this period of performance is the maximum allowed by the Digital Equity Act, no extensions will be permitted for this award.

The award's budget provides for a maximum total amount of $25,766,652.64 in Federal funding. This award is being fully obligated via this award action; however, per SAC #5, all award funds may not be available for draw down at the time of award.

The maximum amount of NIST funding in support of this award will not exceed the amount specified in the award documents, unless otherwise amended in writing by the

3

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

NIST Grants Officer. The Department of Commerce is not liable for any obligations, expenditures, or commitments which involve any amount in excess of the Federal funds being made available pursuant to this award.

10.    **Federal and Non-Federal Cost Sharing:**

As directed by Section 1724(e)(1) of the Digital Equity Act, each recipient must commit to a non-federal cost share of no less than 10 percent of the total project cost, unless exempted through a waiver granted by the Assistant Secretary.

The cost sharing ratio for this award is 61.80% Federal share and 38.20% Non-Federal share. *See* 2 CFR § 200.306 and Department of Commerce Financial Assistance General Terms and Conditions, Section B.03 for the treatment of cost sharing.

11.    **Changes to Subrecipients:**

Recipients must request prior written approval from NTIA to make a change of subrecipient.

12.    **Notice of Funding Opportunity – Digital Equity Competitive Grant Program:**

The Department of Commerce, National Telecommunications and Information Administration Notice of Funding Opportunity (NOFO) No. NTIA-DECGP-2024 dated July 24, 2024, is incorporated by reference into this award.

It is accessible at: https://grants.gov/search-results-detail/355607 under "Related Documents." If the application period is closed, select "Closed" or "Archived" Opportunity Status to view the NOFO.

13.    **Infrastructure Investment and Jobs Act:**

The recipient must comply with the requirements of the Infrastructure Investment and Jobs Act, Public Law 117-58, 135 Stat. 429 (November 15, 2021), including §60305, codified at 47 U.S.C. § 1724, which establishes the Digital Equity Competitive Grant Program.

14.    **Uniform Administrative Requirements, Cost Principles and Audit Requirements:**

As indicated on the Form CD-450 for this award, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 C.F.R. Part 200 are incorporated by reference into this award. Updates to these requirements were recently published by the Office of Management and Budget with an effective date of October 1, 2024, and apply to this award. Through 2 C.F.R. § 1327.101, the Department of Commerce adopted the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 C.F.R. Part 200, which apply to awards in this program. Refer to https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200 and https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XIII/part-1327. Awards issued pursuant to this program may be subject to specific award conditions as authorized by 2 C.F.R. § 200.208.

4

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

15. **Department of Commerce Pre-Award Notification Requirements for Grants and Cooperative Agreements:**

The Department of Commerce Pre-Award Notification Requirements for Grants and Cooperative Agreements as published in the *Federal Register* on December 30, 2014 (79 FR 78390) is incorporated by reference into this award. It is accessible at: http://www.gpo.gov/fdsys/pkg/FR-2014-12-30/pdf/2014-30297.pdf.

16. **Department of Commerce Financial Assistance General Terms and Conditions:**

As indicated on the Form CD-450 for this award, the Department of Commerce Financial Assistance General Terms and Conditions (GT&C) issued October 1, 2024, are incorporated by reference into this award. The Department's GT&C, as well as a link to 2 CFR Part 200, are accessible at: https://www.commerce.gov/oam/policy/financial-assistance-policy.

17. **Allowable Uses of Digital Equity Competitive Grant Funds:**

Grant funds must be used only for allowable uses of funds, which can be found in the Section IV.C.1 of the NOFO. The recipient must be aware that there may be information regarding allowability in other sections of the NOFO and the recipient shall follow all NOFO requirements.

18. **Prohibited Uses of Digital Equity Competitive Grant Funds:**

Section IV.C.4 of the NOFO details prohibitions and restrictions on the use of grant funds. The recipient must be aware that there may be information regarding restrictions in other sections of the NOFO, and the recipient shall follow all NOFO requirements. As stated in the NOFO, limitations on uses of Digital Equity Competitive Grant funds include the following caps:

   a. 10 Percent Cap on Evaluation: A recipient shall use no more than 10 percent of the grant amount to measure and evaluate the activities supported with the grant amounts.
   b. 10 Percent Cap on Administrative Costs: A recipient shall use no more than 10 percent of the grant amount for administrative costs in carrying out any of the activities described in Section IV.C.1 of the NOFO. The 10% limitation on administrative costs includes the combined total of indirect and direct administrative costs charged to the award.

19. **Department of Commerce Financial Assistance General Terms and Conditions, Section A.01 "Reporting Requirements":**

The Recipient must submit a Federal Financial Report (SF-425) on a semi-annual basis for the periods ending December 31 and June 30 of each year, as stated in Section VI.F.2.a of the NOFO. The Recipient must submit a Performance (Technical) Report for the six-month period ending June 30 of each year. This information will be collected for the six-month period ending December 31 of each year as part of the Annual Report (see Section 19. below). A Performance Report will not be required during the initial year of the award, as specified in NOFO section VI.F.2.b. Therefore, the first Performance Report will be submitted for the six-month period ending June 30, 2026.

5

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

Reports are due no later than 30 calendar days following the end of each reporting period. Should the due date fall on a weekend or a federal holiday, the report can be submitted the next business day.

All SF-425 and Performance (Technical) Reports must be submitted in the NTIA Grants Portal, or by the means specified by NTIA. A final SF-425 must be submitted within 120 days after the expiration of the period of performance.

Reports must not be sent directly to NIST or NTIA personnel (e.g., Grants Specialist, Grants Officer, Administrative Assistant, FAAMO Division Chief, Federal Program Officer). Any Reports sent directly to grant personnel will be returned to the sender with instructions on how to properly submit the report.

20.    **Programmatic Reporting Requirements:**

The programmatic reporting requirements include the Annual Report and the Evaluation Report. NTIA will combine these two requirements into a singular submission due at the same time for each year of the period of performance, including the optional one-year evaluation period.

**Annual Report Requirements** – As set forth in 47 U.S.C. §1724(h)(1)(A), for each year during the period of performance, any entity to which a grant, including a subgrant, is awarded under this program shall be required to publicly report, in a format to be specified by the Assistant Secretary, on:

1. The amount of the grant;
2. The use by the entity of the grant amounts; and
3. The progress of the entity towards fulfilling the objectives for which the grant was awarded.

The Annual Report will also require the submission of the information identified in Section II.C and Section VI.F.2.b of the NOFO.

**Evaluation Report Requirements** – As required by 47 U.S.C. §1724(d)(2)(B), the recipient shall submit a report of each measurement and evaluation performed of the activities funded by the grant for any year in which the entity expends grant amounts, as specified in Section VI.F.1 of the NOFO. This information will be incorporated into the Annual Report.

Each year of the period of performance, an Annual Report, inclusive of the Evaluation Report, must be submitted in the NTIA Grants Portal for the 12-month reporting period ending December 31, or any portion of that period during the initial year of the award. Reports are due no later than 30 calendar days following the end of the reporting period. Should the due date fall on a weekend or a federal holiday, the report can be submitted the next business day. The final Annual Report must be submitted no later than 120 days after the end of the period of performance.

The Annual Report must be submitted in the NTIA Grants Portal within the prescribed timeframes identified in the terms and conditions of the award. Reports will be subject to

6

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

curing and will be posted publicly on NTIA's website. Reporting forms for the Annual Report will be available in the NTIA Grants Portal. The recipient must mark any business confidential information, if any, in the Annual Report to be removed from the publicly posted version of the report.

The Assistant Secretary may establish additional reporting and information requirements for any recipient of a grant as necessary to fulfil the requirements of the Digital Equity Act.

21. **Department of Commerce Financial Assistance General Terms and Conditions Section B.06 Indirect or Facilities and Administrative Costs:**

NIST will reimburse the Recipient for indirect or "F&A" costs in accordance with 2 C.F.R. § 200.414 and Section B.06. of the Department of Commerce Financial Assistance General Terms and Conditions, dated October 1, 2024. In all cases, total indirect and direct administrative costs charged to the award must be less than or equal to 10% of the amount of the grant, per 47 U.S.C. 1724(d)(2)(C).

Any governmental department or agency unit that receives more than $35 million in direct Federal funding must submit an indirect cost rate proposal to its cognizant agency for indirect costs and may not use the de minimis indirect cost rate.

If an indirect cost rate has not been established, and NIST is identified as the cognizant agency for indirect costs in accordance with 2 C.F.R. § 200.1, "Cognizant agency for indirect costs," within 90 calendar days of the award start date, the Recipient must electronically submit to gmdaudit@nist.gov the documentation (indirect cost rate proposal, cost allocation plan, etc.) necessary to allow NIST to perform an indirect cost rate proposal review. Organizations that have previously established indirect cost rates with NIST must submit a new indirect cost rate proposal for indirect costs within six months after the end of the organization's fiscal year.

If your submission includes Personally Identifiable Information (PII) or Business Identifiable Information (BII), please send an email to gmdaudit@nist.gov to request a secure link.

The requirements for determining the relevant cognizant agency and for developing and submitting indirect (F&A) cost rate proposals and cost allocation plans are contained in 2 C.F.R. § 200.414 and in Appendices III-VII to 2 C.F.R. Part 200. For additional guidance on preparing indirect cost proposals, please review the Department of Labor's Guide for Indirect Cost Determination at: https://www.dol.gov/oasam/boc/dcd/np-comm-guide.htm. Section I.B and I.C lists the various types of indirect cost rates and the circumstances under which such rates would apply. The guide also addresses common indirect cost problems and contains useful FAQs.

22. **Unfunded Grant Actions Mailbox (UGAM):**

Requests for unfunded award actions, which include, but are not limited to, change in key personnel, change in scope of work, budget revisions, payment requests, award transfer,

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

and novation, must be submitted to: UGAM@nist.gov, within the prescribed timeframes identified in the terms and conditions of the award.

Unfunded award action requests and related correspondence, including justification to support the request, sent to the mailbox _**must**_ contain the following information in the email subject line: (1) Recipient name; (2) NIST award number; (3) Principal Investigator/Project Director; and (4) Action being requested (e.g., change in key personnel, etc.).

Unfunded award action requests must not be sent directly to NIST personnel (e.g. Grants Specialist, Grants Officer, Administrative Assistant, FAAMO Division Chief, Federal Program Officer, etc.).

Any requests sent directly to NIST personnel will be returned to the sender with instructions on how to submit through the UGAM@nist.gov mailbox.

No other correspondence may be sent through this mailbox; timely responses to any other inquiries received in this mailbox are not guaranteed. The mailbox will not be used for any other purpose _**except**_ for purposes identified above.

Requests that are processed will be authorized via a Form CD-451 Amendment to the Financial Assistance Award or a Non-Funded Administrative Change Letter.

23. **Domestic Preference for Procurements (Buy American)**

Pursuant to 2 CFR § 200.322, as appropriate and to the extent consistent with law, the Recipient should, to the greatest extent practicable under the Digital Equity Competitive Grant Program, provide a preference for the purchase, acquisition, or use of goods, products, or materials produced in the United States (including, but not limited to, iron, aluminum, steel, cement, and other manufactured products). The requirements of this Section must be included in all subawards, including all contracts and purchase orders for work or products pursuant to this program.

24. **Contracting with Small and Minority Businesses, Women's Business Enterprises, and Labor Surplus Area Firms**

Pursuant to 2 CFR § 200.321, the Recipient and its subrecipients must take all necessary affirmative steps (as described in 2 CFR § 200.321) to assure that minority businesses, women's business enterprises, and labor surplus area firms are used when possible.

25. **Cybersecurity Best Practices**

Recipients and subrecipients must ensure that the planning, design, and project oversight phases of the programs and activities funded through the Competitive Grant Program are consistent with current industry best practices for cybersecurity, such as the NIST Cybersecurity Framework and Cybersecurity and Infrastructure Security Agency (CISA) Cybersecurity Performance Goals (CPGs).  These performance goals provide a baseline set of cybersecurity practices that are broadly applicable, with known risk-reduction

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

value.  NTIA reserves the right to review a recipient's cybersecurity framework and recipients must review the cybersecurity framework of its subrecipients.

26.   **Protection of Whistleblowers**

Section F.05 of the DOC Financial Assistance General Terms and Conditions states that each award is subject to the whistleblower protections afforded by 41 U.S.C. § 4712 (Enhancement of contractor protection from reprisal for disclosure of certain information).

Generally, this law provides that an employee or contractor (including subcontractors and personal services contractors) of a non-Federal entity may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a person or body information that the employee reasonably believes is evidence of gross mismanagement of a Federal award, subaward, or a contract under a Federal award or subaward, a gross waste of Federal funds, an abuse of authority relating to a Federal award or subaward or contract under a Federal award or subaward, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal award, subaward, or contract under a Federal award or subaward.

Non-Federal entities and contractors under Federal awards and subawards must inform their employees in writing of the rights and remedies provided under 41 U.S.C. § 4712, in the predominant native language of the workforce.

A person that believes they have been the subject of retaliation for protected whistleblowing can contact the Department of Commerce, Office of Inspector General Hotline, as indicated at https://www.oig.doc.gov/Pages/Hotline.aspx, or the U.S. Office of Special Counsel, toll free at 1-800-872-9855.

27.   **Privacy**

Recipients and subrecipients must comply with all applicable state and federal privacy laws and regulations, including 2 C.F.R. §200.303, and take steps to ensure that data collection, management, and utilization are conducted ethically, transparently, and with a strong emphasis on safeguarding the rights and privacy of individuals and that any use of automated systems or technologies includes an assessment of the potential consequences for individuals in the Covered Populations.

28.   **Build America, Buy America Act:**

Pursuant to the Infrastructure Investment and Jobs Act ("IIJA"), Pub.L. No. 117-58, which includes the Build America, Buy America (BABA) Act, Pub. L. No. 117-58, §§ 70901-53 and OMB M-24-02, 2 C.F.R. Part 184, and 2 C.F.R. § 200.322, recipients of an award of Federal financial assistance from the Department of Commerce (DOC) are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless:

1)   all iron and steel used in the project are produced in the United States - this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

9

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

2) all manufactured products used in the project are produced in the United States - this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard that meets or exceeds this standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

3) all construction materials are manufactured in the United States - this means that all manufacturing processes for the construction material occurred in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

29.   **Monitoring and Compliance**

Awarded projects are subject to project monitoring, the purpose of which is to ensure recipients fulfill the terms and conditions of their awards. The recipient must comply with all monitoring and information requests from NTIA within the timeframe specified by NTIA. If the recipient fails to comply with monitoring and information requests, NTIA may determine that the recipient is non-compliant with award terms and conditions. As stated in 2 CFR § 200.332, pass-through entities must ensure that subrecipients take corrective action on significant developments that negatively affect the subaward. Significant developments include Single Audit findings related to the subaward, other audit findings, site visits, and written notifications from a subrecipient of adverse conditions which will impact their ability to meet the milestones or the objectives of a subaward. When significant developments negatively impact the subaward, a subrecipient must provide the pass-through entity with information on their plan for corrective action and any assistance needed to resolve the situation.

30.   **Signage and Public Acknowledgements:**

The Recipient is encouraged to post project signage and to include public acknowledgments in published and other collateral materials (e.g., press releases, marketing materials, webpages, plaques) satisfactory in form and substance to NTIA, that identifies the nature of the project and indicates that "the project is funded by the Bipartisan Infrastructure Law." If the Recipient employs project signage and as long as this requirement remains in place, they are required to use the official Investing in America emblem in accordance with the Official Investing in America Emblem Style Guide: https://www.whitehouse.gov/wp-content/uploads/2023/02/Investing-in-America-

10

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

Brand-Guide.pdf. The Recipient must work with their FPO and sign a licensing agreement to use the official NTIA logos. Costs associated with signage and public acknowledgments must be reasonable and limited. Signs or public acknowledgments should not be produced, displayed or published if doing so results in unreasonable cost, expense, or recipient burden. The Recipient is encouraged to use recycled or recovered materials when procuring signs. Any construction site signage should be displayed throughout the construction phase of the project in an easily visible location directly linked to the work taking place. The Recipient is responsible to maintain the signage in good condition throughout the construction period.

31.    **Restriction on Human Subjects Research Work and Costs Incurred:**

The Recipient must comply with Department of Commerce (DOC) regulations relating to the protection of human subjects for all research conducted or supported pursuant to an NTIA grant award. The DOC regulations related to the protection of human subjects are found in 15 C.F.R. Part 27. The Recipient is responsible for ensuring that any of its subrecipients are also in compliance with the regulations related to protecting human subjects in 15 C.F.R. Part 27 and in these award conditions.

The Human Subjects Research Guidance (posted August 29, 2022) (HSR) for Digital Equity (DE) is incorporated by reference into this specific award condition and identifies three HSR classification categories: Category 1 – Not Conducting Human Subjects Research Category 2 – Exemption Request, and Category 3 – Human Subject Research Non-Exempt.

To satisfy the DE HSR requirements, the Recipient must submit, no later than 45 calendar days after the award start date, via email to UGAM@nist.gov with a copy to their DE FPO, a letter or memorandum addressed to the Grants Officer that provides the following information:
   a.  Which HSR classification category is applicable; and
   b.  Examples of planned DE project activities that justify inclusion in that category

If a project requires a human subjects research exemption request (Category 2) or requires IRB review as non-exempt human subjects research (Category 3), research activities involving human subjects are not authorized to start under this award until the appropriate documentation, as set forth by the DOC General Terms & Conditions (dated October 1, 2024) Section G.05.i.3, is approved in writing by the Grants Officer.

If a recipient conducts human subjects research before receiving NTIA approval of an exemption or before receiving IRB approval for non-exempt research, recipients will be considered in material non-compliance with award terms and conditions, and any costs incurred to conduct the research may be disallowed and subject to recovery by NTIA (*see* 2 C.F.R. 200.346).

Notwithstanding the above prohibition on starting human subjects research, work may be initiated, or costs incurred and/or charged to the project for protocol or instrument development related to human subjects research.

11

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

Sample HSR memos are available in the Human Subjects Research Guidance (posted November 15, 2021), *Guidance for Human Subjects Research Protection.* (https://broadbandusa.ntia.doc.gov/sites/default/files/2021-11/CMC%20Pilot%20Program%20HSR%20Guidance%20%2811-22-2021%29.pdf)

32.    **Environmental and Historic Preservation (EHP) Compliance Requirements:**

The Recipient must comply with all applicable requirements, environmental and historic preservation laws, Executive Orders, regulations, standards, and guidance, and identify to NTIA any impact a proposed Digital Equity Competitive Grant Program project may have on the environment or historic resources.

Project implementation (installation activities, modification to buildings, site preparation, or similar activities) may not begin for all Recipients prior to the completion of an assessment of potential environmental impacts, per the National Environmental Policy Act of 1969 (42 U.S.C. 4321, et. seq.) (NEPA). The completion of NEPA compliance activities will be documented by NTIA in one of the following decision documents: a Categorical Exclusion (CE) Memo, a Record of Environmental Consideration (REC), a Finding of No Significant Impact (FONSI), or a Record of Decision (ROD) (hereinafter "decision documents"). Decision documents cannot be issued until all required consultations under Section 106 of the National Historic Preservation Act of 1966 (16 U.S.C.§ 470, et. seq.) (NHPA) and Section 7 of the Endangered Species Act (16 U.S.C. §1531, et. seq.), and any other relevant laws are complete. The Recipient must also demonstrate compliance with all other applicable federal, state, and local environmental laws and regulations.

*Historic Preservation.* Under Section 106 of the NHPA, federal agencies, and by extension recipients of federal grant funds, must evaluate the potential effects of any proposed projects ("undertakings") on properties listed on, or eligible for listing on, the National Register of Historic Places. Grant recipients are encouraged to initiate Section 106 consultation with relevant State Historic Preservation Offices (SHPOs), Tribal Historic Preservation Offices (THPOs), or Native Hawaiian Organizations (NHOs) as directed by NTIA. NTIA will provide guidance and technical assistance as needed, or in the event of an adverse effect determination.

*Limits on Expenditure of Grant Funds.*  As per law and regulation, the Recipient may not expend grant funds during the pendency of the EHP reviews except as specifically authorized by the Grants Officer and which may not include the installation of fixed equipment on buildings, modification of buildings, or other activities that may cause ground disturbance or cause impact to the environment or historic properties. *See* 40 CFR §1506.1(a) and (b).

*Deadline.*  Completion of a draft environmental analysis and initiation of any required consultations under Section 106 of the NHPA, Section 7 of the ESA, and other laws, as applicable, must be completed no later than six months after the award date unless a formal request for extension is submitted and approved by the Grants Officer. The Recipient must comply with all conditions placed on the project as the result of the consultation processes.

12

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

*Project Information Required.*  The Recipient is required to provide the following information that will enable NTIA to make a preliminary determination regarding the potential impact of the proposed project on environmental and historic resources:

1.  A thorough description of all proposed project activities, particularly broadband installation, broadband upgrades, and/or capital improvement activities that will be conducted. These activities may include, but are not limited to, installation of access points and other network components, other fixed equipment, new or replacement cable, and more. Please provide a list of all locations/buildings where infrastructure upgrades/capital improvements are proposed, and a detailed description of how installation or renovation activities would take place, a description of the type of equipment that would be installed, how it would be installed, and a description of exactly where it would be located.

2.  If any ground disturbing activities are proposed, include a description of the physical project location(s) and surroundings, and the total extent and method(s) of ground disturbance proposed.

3.  Maps of the project area and ground-level and aerial photographs with installation/renovation locations clearly marked on the buildings impacted. Free online resources, such as Google maps or similar images, are acceptable.

4.  For the list of buildings, referenced in Item #1, state the year those buildings were first constructed as well as the dates of any subsequent major renovations. For buildings that are 50 years old or older, provide photos of installation sites, as well as exterior and interior photos of the building.

**Project Information Deadline. The Recipient must submit all initial required project information listed above in Items #1 – #4 to NTIA by emailing their assigned FPO no later than <u>60 calendar days</u> after award of a grant, unless an extension has been requested in writing by the Recipient and approved by the Grants Officer.**

*Additional Information May be Required.* Follow-on information may be required for NTIA to determine the level of impacts of the project on environmental and historic resources. If consultation is required, Recipients are encouraged to initiate consultation as referenced above and must provide NTIA with relevant documentation of the consultation process. Once appropriate and applicable consultations have been completed, and environmental review documentation has been completed, NTIA will review all documentation and determine whether the review sufficiently addresses all resource areas and whether the project may qualify for an approval decision. Projects found to have significant impacts to environmental or historic resources may face de-obligation of funding if impacts cannot be mitigated.

*Next Steps.*  Once the above information is provided, NTIA will review and provide guidance on the next steps that the recipient should take regarding remaining required consultations and/or environmental and historic preservation documentation required to make environmental determinations. Next steps may include, but are not limited to, the submittal and completion of the following:

1.  The completion of any required consultations as described above where applicable and directed by NTIA, to include consultations with the SHPO and the

13

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

appropriate federally recognized Native American tribes or Native Hawaiian Organizations (if applicable), under Section 106 of the NHPA, and/or consultations with the USFWS under Section 7 of the ESA;

2. The completion of environmental review and issuance by NTIA of a decision document, as described above, that meets the requirements of NEPA; and

3. Demonstration of compliance with all other applicable federal, state, and local environmental laws and regulations.

*General EHP Requirements.*  The Recipient is required to provide any information requested by NTIA in a timely and effective manner to ensure both initial and ongoing compliance with environmental and historic preservation laws, regulations, and best practices. All such information must be sent to the FPO.

The Recipient shall notify NTIA within 24 hours upon receipt of any notices of foreclosure; notices for continuing consultation received from the SHPO, THPO, the US Fish and Wildlife Service (USFWS), or other consulting party; or notices of noncompliance received from consulting authorities or regulatory agencies. These notices shall be sent to the FPO. Projects which, after consultation with appropriate agencies, are determined to be ineligible for a Categorical Exclusion (CE) will require the development of an Environmental Assessment (EA), which must be completed 12 months from the date of that determination. The Recipient may wish to coordinate with NTIA to rescope or descope the proposed project to avoid or minimize impacts to environmental and historic resources.

Any change to the approved project scope, resulting from consultations or for other reasons, that have the potential for altering the nature or extent of environmental or cultural resources impacts must immediately be brought to the attention of NTIA and will be re-evaluated for compliance with applicable regulatory requirements.

For all ground disturbing activities that occur during project implementation in the vicinity of known archaeological sites or suspected or known burials, the Recipient must ensure that an archaeologist who meets the Secretary of the Interior's Professional Qualification Standards monitors ground disturbance, and if any potential archeological resources or buried human remains are discovered, then the Recipient must immediately cease construction in that area and notify NTIA and the interested SHPO, THPO, and tribes. Such construction activities may then only continue with the written approval of NTIA.

**33.    Authorized Representative:**

By accepting this award, the National Digital Inclusion Alliance agrees that National Digital Inclusion Alliance will serve as Recipient of this award and the Authorized Representative of its partnership. Incorporated by reference into this award are the written assurances pursuant to 47 U.S.C. § 1724(f), which were provided to NTIA by the National Digital Inclusion Alliance as part of its application and which assure National Digital Inclusion Alliance's programmatic and fiscal performance under this award. National Digital Inclusion Alliance agrees to abide by the terms of the Letter of

14

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

Commitment executed by each partner and the Authorized Representative and submitted as part of National Digital Inclusion Alliance's application, as specified in Section IV.B.1.d of the NOFO. The Recipient must request prior written approval from NTIA in the event that a partner wishes to leave the partnership.

34.    **Equipment/Supplies:**

Equipment costs and/or supplies have been identified and budgeted in the grant application. The Recipient must report such costs to NIST. The SF-428, SF-428-B (final report), and as needed, the SF-428-S (inventory list) must be submitted no later than 120 days after the project end date. The SF-428-C (the disposition report) must be submitted when the property is no longer required for the purpose of the project and in accordance with 2 CFR Part 200.311-314.

These forms can be accessed at https://www.grants.gov/forms/forms-repository/post-award-reporting-forms.

35.    **Budget Curing Requirements:**

At the time of issuance of this award, the Recipient may access up to $0.00 to begin implementation of this award. Additional budgetary curing is required for Recipient to access the remaining $25,766,652.64 of its award.

Within 90 calendar days of the award start date, the Recipient must submit the following documentation for the remaining funding to be released for project implementation:
   a.  Updated Consolidated Budget Spreadsheet (CBF), with edits as indicated in the Supplement to Budget Curing Requirements;
   b.  Other documentation as requested by NIST to validate budget items.

Failure to submit the documents within 90 calendar days will be treated as failure to comply with this Specific Award Condition and remedies for noncompliance may be initiated in accordance with 2 CFR 200.339. The NTIA Assistant Secretary reserves the right to extend this deadline but will not grant waiver of the deadline except in extraordinary circumstances.

Submission of these documents must be made to UGAM@nist.gov and must copy the FPO and digitalequity@ntia.gov. Requests and related correspondence sent to the mailbox must contain the following information in the email subject line: (1) Recipient name; (2) NIST award number; (3) AOR name; and (4) Action being requested (*i.e.*, Budget Curing – SAC #35).

Any requests sent directly to NIST personnel will be returned to sender with instructions on how to submit through the ugam@nist.gov mailbox.

No other correspondence may be sent through this mailbox; timely responses to any other inquiries received in this mailbox are not guaranteed. The mailbox will not be used for any other purposes unless identified otherwise.

15

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

> Requests that are processed will be authorized via an Administrative letter or Form CD-451 Amendment to the Financial Assistance Award. Costs lacking sufficient project detail have been placed under a Max Draw control in ASAP and will only be made available upon the above review and approval.

**36.   Pre-Award Costs:**

Per 2 CFR § 200.210 and 2 CFR § 200.458, pre-award costs are costs incurred by the Recipient prior to the effective date of the Federal award directly pursuant to the negotiation and in anticipation of the Federal award, where such costs are necessary for efficient and timely performance of the scope of work. Pre-award costs are allowable only to the extent that they would have been allowable if incurred after the date of the Federal award and only with the written approval of the Federal awarding agency.

Pre-award costs in the amount of $10,000.00 are acceptable only to the extent of their reasonableness and relationship to the proposed activity of this award. The approved pre-award costs are a portion of, **not in addition to**, the approved total budget.

Allowable pre-award activities are limited to the activities set forth below:
*   Digital Equity Competitive Application preparation assistance

Pre-award costs are approved for the period 07/24/2024 through 02/28/2025.

Recipients are reminded that approved pre-award costs for authorized activities are specific to this award and may not be charged against other Federal financial assistance awards (i.e., no double-billing of approved pre-award costs).

**37.   Audit Report Submission:**

Per 2 CFR 200.512, the Recipient's single audit must be completed and submitted within the earlier of 30 calendar days after receipt of the auditor's report(s), or nine months after the end of the audit report. During the pre-award review of the Recipient's application, the NIST Financial Assistance Agreements Management Office was unable to review the non-Federal entity's audited financial statement or Single Audit Report.

Accordingly, within 30 calendar days of the award start date, the Recipient must submit its most recent audited financial statement to UGAM@nist.gov or submit its most recent Single Audit Report to the Federal Audit Clearinghouse. If, after review of the non-Federal entity's audited financial statement or Single Audit Report, the National Digital Inclusion Alliance is still identified as a potential risk for financial viability, additional Specific Award Condition restrictions may apply. In the event that the Reports are not filed in a timely manner, as determined by the Grants Officer, NIST reserves the right to take appropriate enforcement action against the Recipient in accordance with 2 CFR 200.339.

---

**End of Specific Award Conditions**

16

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

**Supplement to SAC #35 Budget Curing Requirements**

To fully assess the project activities and costs, submit a revised Consolidated Budget Form that addresses the following:

## Year 1

A. Equipment: $23,650.00
   1. Hotspot Devices 5G/4G, $23,650.00

B. Contractual/Subawards: $4,256,998.33
   1. Contractors, $337,556.11
   2. Subrecipients, $3,919,442.22

## Year 2

A. Personnel (Fringe Benefit): $158,850.76
   1. Fringe Benefits: $158,850.76

B. Equipment: $47,925.90
   1. Hotspot Devices 5G/4G, $47,925.90

C. Contractual/Subawards: $4,658,337.50
   1. Contractors, $191,146.11
   2. Subrecipients, $4,467,191.39

D. Indirect: $279,166.28
   1. Indirect Costs, $279,166.28

## Year 3

A. Personnel (Fringe Benefit): $158,850.76
   1. Fringe Benefits: $158,850.76

B. Equipment: $46,530.00
   1. Hotspot Devices 5G/4G, $46,530.00

C. Contractual/Subawards: $5,042,706.44
   1. Contractors, $191,360.32
   2. Subrecipients, $4,851,346.12

D. Indirect: $296,572.60
   1. Indirect Costs, $296,572.60

## Year 4

A. Personnel (Fringe Benefit): $158,850.76
   1. Fringe Benefits: $158,850.76

B. Equipment: $34,897.50
   1. Equipment item, $34,897.50

C. Contractual/Subawards: $4,806,379.93
   1. Contractors, $213,571.74
   2. Subrecipients, $4,592,808.19

D. Indirect: $295,026.02

17

NIST Financial Assistance Award Number: 39-32-DC150
Amendment: NEW
Recipient: National Digital Inclusion Alliance

    1. Indirect Costs, $295,026.02

**Year 5**

A. Contractual/Subawards: $660,698.14
    1. Contractors, $155,259.15
    2. Subrecipients, $505,438.99

B. Indirect: $235,851.95
    1. Indirect Costs, $235,851.95

18

**Budget Overview**

NOTE: All values in rows 8-20 are locked. Any errors found should be fixed on the corresponding budget detail tab.

Cells B22 and B23 are not locked and should be used to specify the total expenses how much of the total proposed grant amount will be allocated towards administration and evaluation of the program. A percentage allocation will be automatically calculated, and must not exceed 10% of the total grant award (See IIJA Section 60305(d)(2)).

Cells B25, B26, and B27 are locked and will populate totals for matching contribution based on information input in the corresponding tabs. The percentage of the total award matched by non-federal contributions will be automatically calculated; note that statutorily at least a 10% match must be provided.

Cell B25 is also locked and will populate the total additional supplementary funds based on information input in the corresponding tabs.

| Budget Category | Fiscal / Project Year 1 | | | Fiscal / Project Year 2 | | | Fiscal / Project Year 3 | | | Fiscal / Project Year 4 | | | (Optional) Year 5 - Evaluation Period | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Federal Request | Matching | Total | Federal Request | Matching | Total | Federal Request | Matching | Total | Federal | Matching | Total | Federal | Matching | Total | Total Federal | Total Matching | Total(s) |
| A. Personnel | 869,907.41 | 125,000.00 | 994,907.41 | 859,413.16 | 125,000.00 | 984,413.16 | 955,592.36 | 125,000.00 | 1,080,592.36 | 944,029.64 | 125,000.00 | 1,069,029.64 | 742,747.64 | - | 742,747.64 | 4,372,690.22 | 500,000.00 | 4,872,690.22 |
| Salary | 836,096.64 | | 836,096.64 | 825,562.40 | | 825,562.40 | 921,741.60 | | 921,741.60 | 910,178.88 | | 910,178.88 | 619,831.68 | | 619,831.68 | 4,113,371.20 | | 4,113,371.20 |
| Fringe | 156,850.76 | | 156,850.76 | 156,850.76 | | 156,850.76 | 156,850.76 | | 156,850.76 | 156,850.76 | | 156,850.76 | 123,915.96 | | 123,915.96 | 789,319.01 | | 789,319.01 |
| B. Travel | 44,575.20 | - | 44,575.20 | 35,549.28 | - | 35,549.28 | 55,198.01 | - | 55,198.01 | 34,238.75 | - | 34,238.75 | 23,339.55 | - | 23,339.55 | 192,903.79 | - | 192,903.79 |
| C. Equipment | 23,650.00 | 720,000.00 | 743,650.00 | 47,925.90 | 2,160,000.00 | 2,207,925.90 | 46,530.00 | 3,800,000.00 | 3,846,530.00 | 34,397.80 | 4,680,000.00 | 4,714,397.80 | - | - | - | 153,003.40 | 11,160,000.00 | 11,313,003.40 |
| D. Supplies | 3,690.00 | | 3,690.00 | 3,800.70 | | 3,800.70 | 3,914.71 | | 3,914.71 | 4,032.13 | | 4,032.13 | 4,153.09 | | 4,153.09 | 19,590.64 | | 19,590.64 |
| E. Contractual/Subawards | 4,256,999.33 | 1,319,335.30 | 5,576,333.63 | 4,658,337.80 | 944,419.30 | 5,602,756.80 | 5,042,706.44 | 712,839.80 | 5,755,546.24 | 4,806,379.93 | 1,146,490.20 | 5,952,870.13 | 660,690.14 | 129,336.66 | 790,024.80 | 19,425,120.34 | 4,252,421.26 | 23,677,541.60 |
| Contractors | 337,556.11 | | 337,556.11 | 191,146.11 | | 191,146.11 | 191,360.32 | | 191,360.32 | 213,571.74 | | 213,571.74 | 155,259.15 | | 155,259.15 | 1,088,893.43 | | 1,088,893.43 |
| Subrecipients | 3,919,442.22 | 1,319,335.30 | 5,238,777.52 | 4,467,191.39 | 944,419.30 | 5,411,610.69 | 4,851,346.12 | 712,839.80 | 5,564,185.92 | 4,592,808.19 | 1,146,490.20 | 5,739,298.39 | 505,430.99 | 129,336.66 | 634,775.65 | 18,336,226.91 | 4,252,421.26 | 22,588,648.17 |
| F. Construction | | | | | | | | | | | | | | | | - | | - |
| G. Other Direct Costs | 71,295.10 | 5,500.00 | 76,795.10 | 39,268.65 | 3,235.00 | 42,503.65 | 40,446.82 | 3,480.00 | 43,926.82 | 41,660.37 | 2,730.00 | 44,390.37 | - | - | - | 192,671.14 | 15,045.00 | 207,716.14 |
| TOTAL Direct Costs | 5,270,119.04 | 2,169,835.30 | 7,439,954.34 | 5,644,296.39 | 3,232,754.30 | 8,877,049.69 | 6,144,388.35 | 4,441,319.80 | 10,585,708.15 | 5,865,238.32 | 5,954,220.20 | 11,819,458.52 | 1,431,938.43 | 129,336.66 | 1,561,275.09 | 24,355,979.53 | 15,927,466.26 | 40,283,445.79 |
| H. Total Indirect Costs | 304,056.26 | - | 304,056.26 | 279,166.28 | - | 279,166.28 | 296,572.60 | - | 296,572.60 | 295,026.02 | - | 295,026.02 | 235,851.96 | - | 235,851.96 | 1,410,673.12 | - | 1,410,673.12 |
| Total Costs | | | 7,744,010.59 | | | 9,156,215.97 | | | 10,882,280.75 | | | 12,114,484.54 | | | 1,797,127.04 | 25,766,652.64 | 15,927,466.26 | 41,694,118.90 |

| | | | |
|---|---|---|---|
| Total expenses related to the administration of the grant | $ 2,352,445.90 | Percentage of the total award that will be allocated to the administration of the grant | 5.74% |
| Total expenses related to the evaluation of the grant | $ 1,349,024.38 | Percentage of the total award that will be allocated to the evaluation of the grant | 3.24% |
| Total Applicant/Third Party Matching Contribution (Please note, this value should match the "Total Matching" value on the "Matching" tab - cell E13.) | $ 11,675,045.00 | | |
| Total Subrecipient Match | $ 4,252,421.26 | | |
| Total Matching Contribution | $ 15,927,466.26 | Percentage of the total award matched by non-federal contributions | 38% | The statutory matching requirement for this Program is at least 10% of the total project cost. This cell will turn red if this percentage is calculated as less than 10%. |
| Total Outside Funding | $ 321,724.00 | | |