# Exhibit E

**Shi, Winston G (CIV)**

| | |
|---|---|
| **From:** | Sanchez, Juan <jsanchez@ntia.gov> |
| **Sent:** | Wednesday, April 9, 2025 10:55 AM |
| **To:** | Angela Siefer |
| **Cc:** | Bleau, Sarah; Rodriguez, Andrea I. (Fed); Bennett, Angela; Morton, Michell |
| **Subject:** | Digital Equity Act of 2021 Grant Programs: Alignment with Executive Order 14151 for Conferences, Trainings, and other Activities |
| **Importance:** | High |

Dear National Digital Inclusion Alliance – Award #39-32-DC150,

To ensure alignment with the Trump-Vance Administration, Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs and Preferencing" this email is to inform you that any costs associated with diversity, equity, and inclusion conferences, trainings, and/or professional development are not allowable. This includes any federal award funds used for recipients, sub-grantees, contractors and/or vendors in the participation, attendance, or travel costs associated for conferences, trainings, and professional development that are not in alignment with the Executive Order.  NITA and NIST will not approve this as an allowable cost.

As more information becomes available, we will provide additional information.

**Juan D. Sanchez, Ph.D.**
*Federal Program Officer*

**Office of Internet Connectivity and Growth**
**National Telecommunications & Information Administration**
**U.S. Department of Commerce**

**V** +202.281.0246
**E** jsanchez@ntia.gov

1