# Exhibit G



**From:** Olson, Darren R. (Fed)
**Sent:** Tuesday, June 10, 2025 10:49 AM
**To:** Angela Siefer <█████████████████>
**Cc:** broadbandgrants@ntia.gov; Martinez Crowe, Mercedes (Fed) <mercedes.martinez-crowe@nist.gov>; Sanchez, Juan <jsanchez@ntia.gov>
**Subject:** RE: Termination Review – NTIA Award Number 39-32-DC150: Digital Equity Competitive Grant

Dear Ms. Siefer,

Thank you for your letter of June 6, 2025. Per NIST's notice of May 9, 2025, your award remains terminated. This decision is final, and there is no right of administrative appeal. You will be notified shortly by this office in writing concerning close-out instructions for this award. If you have any additional questions, please contact broadbandgrants@ntia.gov.

Regards,

Darren Olson
Team Lead/Grants Officer, Team D (NTIA Programs)
Financial Assistance Agreements Management Office (FAAMO)
Boulder, CO
Cell: (720) 693-0465

*In an effort to evaluate customer satisfaction, the DOC/OAAM would appreciate your taking a few moments to complete our **Client Survey** by clicking on the link below. Your time and effort in providing this valuable feedback pertaining to the services you received is greatly appreciated.*



**From:** Angela Siefer <█████████████████>
**Sent:** Saturday, June 7, 2025 9:16 AM
**To:** Martinez Crowe, Mercedes (Fed) <mercedes.martinez-crowe@nist.gov>; Olson, Darren R. (Fed) <darren.olson@nist.gov>; Sanchez, Juan <jsanchez@ntia.gov>
**Subject:** Termination Review – NTIA Award Number 39-32-DC150: Digital Equity Competitive Grant

Please see attached letter.



**Angela Siefer**

Executive Director

National Digital Inclusion Alliance





digitalinclusion.org