**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL DIGITAL INCLUSION
ALLIANCE,

                    Plaintiff,

         v.

PRESIDENT DONALD J. TRUMP, *et al.*,

                    Defendants.

No. 1:25-cv-03606-JDB

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Stay, and for good cause shown, it is hereby

**ORDERED** that:

☐        The briefing schedule in this matter is **SUSPENDED** pending the Motion to Stay;

☐        The briefing schedule for the Motion to Stay is **EXPEDITED**;

☐        Plaintiff's Motion to Stay is **GRANTED;**

☐        The Court will schedule a Status Conference to discuss a revised briefing schedule within seven days of the Court of Appeals for the D.C. Circuit decision in *Climate United Fund v. Citibank, N.A.*, 154 F.4th 809 (D.C. Cir.), *reh'g en banc granted, opinion vacated*, No. 25-5122, 2025 WL 3663661 (D.C. Cir. Dec. 17, 2025).

**SO ORDERED.**

Dated: _____          _____
                                        HON. JOHN D. BATES
                                        UNITED STATES DISTRICT JUDGE