**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE, |
| Plaintiff, |
| v. |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, |
| Defendants. |

No. 1:25-cv-3606-JDB

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
JOHN D. BATES
United States District Judge