AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Digital Inclusion Alliance | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-3606-JDB |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constitutional Accountability Center                                                      .

Date:    05/08/2026

/s/ Miriam Becker-Cohen
*Attorney's signature*

Miriam Becker-Cohen (DC Bar No. 1616670)
*Printed name and bar number*

Constitutional Accountability Center
1730 Rhode Island Ave. NW, Suite 1200
Washington, DC 20036

*Address*

miriam@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

*FAX number*