**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE, <br><br> *Plaintiff,* <br><br> v. <br><br> PRESIDENT DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:25-cv-03606-JDB |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion of The Benton Institute for Broadband & Society for Leave to File Brief as *Amicus Curiae*, it is hereby ORDERED:

That the Motion is GRANTED;

That the Clerk shall cause the Proposed Amicus Brief attached to the Motion to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.


Dated: _____          _____

HON. JOHN D. BATES
UNITED STATES DISTRICT JUDGE

1