**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE, | |
| Plaintiff, | |
| v. | Civil Action No. 25-3606 (JDB) |
| DONALD TRUMP et al., | |
| Defendants. | |

## ORDER

Upon consideration of [32] defendants' motion to dismiss, and the entire record herein, for the reasons set forth in the memorandum opinion issued on this day, it is hereby ORDERED that the motion is GRANTED in part and DENIED in part.

The motion is GRANTED with respect to Count I (Violation of Separation of Powers), Count II (Violation of the Spending Clause), and Count VI (Arbitrary and Capricious). Those counts are hereby DISMISSED. The motion is DENIED with respect to the remaining counts.

It is further ORDERED that the parties file a joint status report by not later than August 1, 2026, proposing a schedule to structure any further proceedings in this matter, particularly in light of the government's representation that it will reinstate the Competitive Grant Program upon receiving this decision.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated: July 15, 2026