**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL DIGITAL INCLUSION ALLIANCE,

      Plaintiff,

      v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

      Defendants.

No. 1:25-cv-3606-JDB

**JOINT STATUS REPORT**

In compliance with this Court's order of July 15, 2026, ECF 59, the parties submit the following status report and proposed order.

As envisioned in this Court's memorandum opinion, the Department of Commerce (DOC) will reinstate the Digital Equity Competitive Grant Program, 47 U.S.C. § 1724, in a manner that does not implement § 1721(8)(G), but that otherwise incorporates the existing statutory requirements. *See* Memorandum Opinion, *Nat'l Digital Inclusion All. v. Trump*, __ F. Supp. 3d __, 2026 WL 2042806, at *16 (D.D.C. July 15, 2026), ECF 60.

The National Telecommunications and Information Administration (NTIA), within DOC, is currently preparing a new Notice of Funding Opportunity (NOFO) for the Competitive Grant Program. Consistent with the general grantmaking process and Government-wide regulations, drafting and formalizing this NOFO will require various layers of Executive Branch review, as well as notice periods under the Paperwork Reduction Act. Thus, DOC presently targets a December 2026 opening date for the Competitive Grant Program application. Although DOC fully intends to meet this deadline, unforeseen variables could occur, as with any grantmaking process.

The parties are continuing to discuss the posture of the case and next steps in light of Defendants' representations herein, which were presented to Plaintiff on Monday, July 27. Defendants have proposed a stay of proceedings. Plaintiff is still evaluating Defendants' proposed

1

timeline for the revised NOFO and proposed stay and respectfully requests additional time to confer with its attorneys on a position.

Plaintiff thus requests an additional 14 days from the day this Joint Status Report was due (that is, August 17, 2026) for the parties to provide an additional Joint Status Report noting whether they have reached agreement on the path forward and proposed schedule, or whether further briefing on such issues (or related issues, such as mootness or a stay of proceedings) will be necessary. Defendants take no position on this request.

Defendants note that in the July 15, 2026 order, this Court directed the parties to file a joint status report "proposing a schedule to structure any further proceedings in this matter" by August 1, 2026. ECF 59. Defendants understand that this August 1 deadline superseded Defendants' deadline to answer the complaint under Federal Rule of Civil Procedure 12(a)(4)(A), which authorizes courts to "set[] a different time" to file an answer. Out of an abundance of caution, Defendants request, and Plaintiff consents to, an extension of Defendants' deadline to file an answer, if necessary, until the parties are able to confer regarding an agreed schedule for further proceedings to be reported on in the August 17, 2026 status report. The parties propose addressing the timing of the answer, if any, in the upcoming status report.

The parties attach a proposed order to this effect.

Dated: August 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice

2

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*

Edward G. Caspar, D.C. Bar No. 1644168
Leah Frazier, D.C. Bar No. 492540*
Gillian Cassell-Stiga, D.C. Bar No. 90032319*
Marc P. Epstein, D.C. Bar No. 90003967

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Tel: 202-662-8300
ECaspar@lawyerscommittee.org
LFrazier@lawyerscommittee.org
GCassell-Stiga@lawyerscommittee.org
MEpstein@lawyerscommittee.org

/s/ Christian N. Curran
Keith J. Harrison, D.C. Bar No. 416755
Christian N. Curran, D.C. Bar No. 1004269
Alexandra Barbee-Garrett,* D.C. Bar No. 187886

CROWELL & MORING LLP
600 Fifth St. N.W.
Washington, DC 20001
Tel: (202) 624-2500
KHarrison@crowell.com
CCurran@crowell.com
ABarbee-Garrett@crowell.com

Warrington Parker,* CA Bar No. 14803
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
WParker@crowell.com

Jeffrey Severson,* CO Bar No. 53395
CROWELL & MORING LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
Tel: (303) 524-8630
jseverson@crowell.com

Attorneys for National Digital Inclusion Alliance

*Pro Hac Vice*