**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-3606-JDB |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report; this Court's order of July 15, 2026, ECF 59; and the entire record herein, it is

**ORDERED** that the parties file a joint status report by not later than August 17, 2026, proposing a schedule to structure any further proceedings in this matter; and it is further

**ORDERED** that Defendants' deadline to answer the complaint is **EXTENDED** while the parties meet and confer regarding the aforementioned schedule; and that the parties shall address the timing of the answer, if any, in the upcoming status report.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge


Dated: _____