**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL DIGITAL INCLUSION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-3606-JDB |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report; this Court's order of August 5, 2026; and the entire record herein, it is

**ORDERED** that proceedings in this case are **STAYED** until two weeks after Defendant National Telecommunications and Information Administration issues a Notice of Funding Opportunity (NOFO) for the Digital Equity Competitive Grant Program, 47 U.S.C. § 1724, or Friday, January 15, 2027, whichever is earlier; it is further

**ORDERED** that the parties shall meet and confer on the status of the NOFO not later than Friday, October 16, 2026; it is further

**ORDERED** that starting from the date of this Order, the parties shall file joint status reports every _______ days; and it is further

**ORDERED** that if the parties wish to brief whether this case is moot or any remaining issues, they shall file a notice with the Court and propose a briefing schedule. The stay of proceedings will remain in place during any such mootness briefing.

(signature block on following page)

**SO ORDERED.**

______________________________
JOHN D. BATES
United States District Judge

Dated: ____________________