# Exhibit 1

# Digital Equity Act Competitive Grant Process Revisions

Changes to the NOFO should be limited to the scope of the issue at hand in the case and administrative procedures to ensure the smooth and timely allocation of funds.

**A. Anticipated Funding Amount**

a. The updated NOFO should include the funds from FY24, FY25, and FY26, combining all remaining funding made available under the DEA Competitive Grant program into a single NOFO and releasing all the funding in one round.

**B. Organizations Recommended For Award**

a. The 65 Organizations originally recommended for award, including the three whose contracts were terminated, should have the option to revise their original application and resubmit. This is practicable because the new NOFO must adhere to Congress's intent for the programs as outlined in the law.

b. Each organization that was recommended for an award spent substantial time, resources, and capacity on developing and submitting the application and contract/budget negotiations with NTIA/NIST.

**C. Timeline and Process**

a. Deadline for applications should be 60 days from the release of the NOFO (unless the due date falls over the Christmas/New Year's holidays, in which case the due date should be extended).

b. Webinars and technical assistance should be offered throughout the 60-day application period.

c. Allocation of awards on a rolling basis should begin within 45 days of application deadline.

d. Awards totaling 95% of the grant funds should have fully executed contracts within 120 days of the application deadline.

e. The original rubric should be used to score applications.

f. Sections throughout original NOFO to be updated w/ new timeline: