**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL DIGITAL INCLUSION ALLIANCE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

No. 1:25-cv-3606-JDB

**JOINT STATUS REPORT**

In compliance with this Court's order of August 18, 2026, the parties submit the following joint status report. The parties have met and conferred over email, which they agree satisfies this Court's directive to meet and confer in advance of filing this report.

Defendant National Telecommunications and Information Administration (NTIA) remains on track to publish the Notice of Funding Opportunity (NOFO) for the Digital Equity Competitive Grant Program and the application for that program in December 2026. On August 25, 2026, NTIA published a request for comment for the Competitive Grant Program NOFO, which requested comments by October 26, 2026. *See Agency Information Collection Activities; Submission to the Office of Management and Budget (OMB) for Review and Approval; Comment Request; Application for Competitive Grant Program*, 91 Fed. Reg. 54848 (Aug. 25, 2026).

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director

Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

*Counsel for Defendants*

Edward G. Caspar, D.C. Bar No. 1644168
Leah Frazier, D.C. Bar No. 492540*
Gillian Cassell-Stiga, D.C. Bar No. 90032319*

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Tel: 202-662-8300
ECaspar@lawyerscommittee.org
LFrazier@lawyerscommittee.org
GCassell-Stiga@lawyerscommittee.org

*/s/ Alexandra Barbee-Garrett*
Keith J. Harrison, D.C. Bar No. 416755
Christian N. Curran, D.C. Bar No. 1004269
Alexandra Barbee-Garrett,* D.C. Bar No. 187886

CROWELL & MORING LLP
600 Fifth St. N.W.
Washington, DC 20001
Tel: (202) 624-2500
KHarrison@crowell.com
CCurran@crowell.com
ABarbee-Garrett@crowell.com

Warrington Parker,* CA Bar No. 14803
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
WParker@crowell.com

Jeffrey Severson,* CO Bar No. 53395
CROWELL & MORING LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
Tel: (303) 524-8630
jseverson@crowell.com

Attorneys for National Digital Inclusion Alliance

**Pro Hac Vice*